Original

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

 CV C6 6173

Denise P. Jackson

                Plaintiff,

v.

New York City Department of Education
       And
United Federation Of Teachers (New York)

           Defendants

**COMPLAINT**

JURY TRIAL DEMANDED
(within 10 days of service of
the defendant's answer-
Rule 38(b) of the Federal
Rules of Civil Procedure

VITALIANO, J.

BLOOM, M.J.

This action is brought for discrimination in employment pursuant to:

X
_____    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§
2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights
Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion,
National origin).

X
_____    Age Discrimination in Employment Act of 1967, as codified, 29
U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age
Discrimination in Employment Amendments of 1986, Pub. L. No.
92-592, the Civil Rights Act of 1991, Pub. L. No. 102-166).

_____    Americans Disabilities Act of 1990, as codified, 42 U.S.C. §§
12112-12117 (amended by the Civil Rights Act of 1991, Pub. L.
No. 102-166).



RECEIVED
NOV 20 2006
PRO SE OFFICE

Jurisdiction is specifically conferred upon this United States District Court by the Aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York Law.

1.    Plaintiff resides at:

9728 3rd Avenue, #203

| Kings County, | New York, | 11209, | 718-564-9953 or 266-2823 |

2.    Defendants reside at, or its business is located at:

65 Court Street

| Kings County, | Brooklyn. | New York, | 11201 |

And

335 Adam Street, Suite 2500

| Kings County, | Brooklyn, | New York, | 11201 |

3.    The address at which I sought employment or was employed by the defendant(s) is:

65 Court Street

| Kings County, | Brooklyn, | New York, | 11201 |

4.      The discriminatory conduct of which I complain in this action includes:

_____         Failure to hire.

X
_____         Termination of my employment.

_____         Failure to promote.

_____         Failure to accommodate my disability.

X
_____         Unequal terms and conditions of my employment.

X
_____         Retaliation.

X
_____         Other acts (specify): The UFT failed to properly follow
procedure and protocol in the grievance process. I had many grievances filed but they
were never properly recorded and/or addressed. The only grievance that went to step I
where the principal and his assistant admitted culpability, was never honored and its step
II never arranged. The article in the Amsterdam News has the principal boasting about
the very few grievances that he has received. The pay roll secretary, Anna Slade, knew
how horrible the harassment was for me until she cut out an article about how union
chapter leaders should handle harassment. I went to my chapter leader and her leader and
I got no help. The UFT also forged my signature on March 7, 2006, misrepresenting that
I was still employed and aware of the attempts to revoke my licenses and certification to
teach in New York City. Even though my probation was discontinued and I terminated on
August 29, 2005, the union, Toni Scalfani, called at 11:51am on Sunday,10/23, 2005,
while I was in Los Angeles during the aftermath of Hurricane Katrina, to inform me that I
could return to work if I cease and desist with the complaint.  Additionally, in the winter
of 2006, another union representative, Saraungan informed me that I could still return to
work if I cease and desist with the complaint.  Thus the union found itself responsible for
this entire debacle from the ignoring of my cries for help in the Winter of 2005, to the
official revocation of my licenses and certification in the Winter of 2006, and tried to
undo this irreparable damage to my person and my career by offering a job that had been
denied me since August 29, 2005. And, much more importantly, the NYC DOE lied to a
U.S. Federal Agency and Agent when in early August, 2006, they informed the E.E.O.C.
and its investigator that they are not attempting to revoke my state certification. In fact,
on August 3, 2006, my licenses and certifications were 're-terminated' and the UFT did
nothing to act on my behalf. Lying to a federal agency and its representatives is a
violation under Title 18, U.S.C. § 1001.

-3-

5.  It is my best recollection that the alleged discriminatory acts occurred on:
From October, 2004 to August, 2006.

6.  I believe that the defendant(s):

X

_____,  is still committing these acts against me.

_____  is not still committing these acts against me.

7.  Defendant(s) discriminated against me based on my:

(X)  race  African-American

( )  color

( )  gender/sex

(X)  religion  Catholic

( )  national origin

(X)  age  __51____          My date of birth is June 1, 1955

( )  disability

8.  The facts of my case are as follows:

Attached is a chronology of events that pertain to both the discrimination and retaliation

charges that I have brought against the New York City Department of Education and the

United Federation of Teachers. The conclusion of these events is stated in paragraph #4

of this document. The reasons for these charges are intertwined and integrally related to

the abuse and misuse of power that both the NYC DOE and the UFT indiscriminately and

recklessly participated in. They jointly as well as individually accomplished the total and

complete destruction of my career as an NYC educator.

-4-

Both of the aforementioned entities abused the teacher observation measurement to harass me to the point of quitting. When that did not work, they took my classes away from me and gave them to a lesser qualified teacher who did not have the training in neither the special program nor the time put into teaching at this school as I. I was denied bathroom privileges even when I expressed to my supervisor that I had a medical condition which necessitated I use the restroom frequently. I was given observations on the days before a holiday or vacation and on Fridays, when the students were not at their best and their minds preoccupied time off. I received an unsatisfactory rating on my 50th birthday and was told that my discontinuance was recommended. I was so distraught until I had to leave the morning of these events. I was stalked by my supervisor who would stand outside the music classes that I was given when my English classes were taken away from me and given to the lesser qualified Caucasian teacher. I was observed by the supervisor of the music department when I was officially in the English department. There are to be no observations of teachers when they work outside of their area. I was not given credit for the work that my students completed in order that their work be displayed in the yearly school forum. The credit was given to the team teacher. This team teacher was not given the same unsatisfactory rating as I was given even though she participated in the entire process. I was asked over and over again to transfer to another school. The principal set up the meeting for this transfer. The principal stated that if I did not transfer, I would continue to get U-ratings. This is a popular practice used by principals to rid themselves of unwanted teachers. Because my supervisor often denied me the right to a fair pre-observation, my students became very frustrated with doing work that they were not familiar with. My supervisor would not allow my students to

work on the Ramp-Up curriculum for which I received training. My students also experienced success in this. Having Sp. Ed. students write a 5-paragraph essay with no previous training, dooms both the teacher and students to failure. I was called a horrible teacher who had no rapport with parents and/or students? The record will show that this is absurdly false. I was also labeled a teacher who puts her students in harm's way. I have been teaching for approximately 18 years and never were my students put in harm's way. In the fall/2004, I received my first unsatisfactory rating. Right after this, I received a glowing report from my principal and supervisor when the regional director and the regional instructional supervisor applauded me for the extraordinary performance that my students exhibited. From that time on, my observations were all unsatisfactory. I was denied the ability to participate in the grievance process because my union representative and her supervisor never properly filed all of the many grievances that I presented. Her supervisor, Charles Turner, once accused me of harassing him because I sent him all of the documentation of this abuse and harassment. The union never assisted me with any resolution to the dissolution of the intense abuse and harassment that I was taking from my employers. The principal gave me a prayer, mocking my religion and God, when I presented him with the harassment and abuses that he and his assistant principals were making me endure. Additionally, I was hospitalized twice as a result of the abuse and harassment at this school. The supervisor asked that I hide all of my student work since the teacher-the lesser qualified, Caucasian was destroying the work-the supervisor did not reprimand this teacher. When I was hospitalized, the supervisor gave my classes to the younger teacher who loss her classes after going out on maternity leave. This teacher was always slotted to take my place since more teachers were hired

-6-

than needed. My students were told that I would not be returning, this was a falsehood that adversely affected my students to the point of calling me in tears. After one of the many observations that I was given, the principal told me that if I brought the student work, he would change the U rating to a satisfactory one; he did not. And, Ms. Alder, the teacher slotted to take my place after my departure and her returning from maternity leave, worked in the office as a clerk or whatever she decided to do. At school's end, when I received my final rating, the principal and his assistant only asked for a discontinuance of my probation; however, his supervisor asked that my licenses and certification be taken away. For almost every event that occurred, I wrote the principal letters to which he never responded. There is an article which documents the tricks that principals use when they want to get rid of teachers and replace them. Eventually, that teacher finds herself out of a job. In another article, the principal bemoans not being able to pick and choose his own staff. The exhibits and the evidence will show that the union didn't work for me; however, they worked extremely well for the NYC D.O.E.

9.   It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding regarding defendant's alleged discriminatory conduct on:_____ .

10.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on:

March 29, 2006.

-7-

11. Since filing my charge of age discrimination with the Equal Employment

Opportunity Commission regarding defendant's alleged discriminatory conduct,

    ___x___        60 days or more have elapsed.

    _____        less than 60 days have elapsed.

12. The Equal Employment Opportunity Commission:

    _____        has not issued a Right to Sue letter.

    ___x___        has issued a Right to Sue letter, which

                     I received on  October 18, 2006.

    WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunction orders, damages, costs, and attorney's fees.

Plaintiff's Signature

9728 3rd Avenue, #203

Dated: November 15, 2006

Brooklyn, New York 11209

718+564-9953/266-2823

\

-8-

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Denise Jackson<br>9728 3rd Avenue, #203<br>Brooklyn, NY 11209 | From: | Boston Area Office - 523<br>John F. Kennedy Fed Bldg<br>Government Ctr, Room 475<br>Boston, MA 02203 |

| | On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 523-2006-00305 | Edith Kessler,<br>Investigator | (617) 565-3206 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Robert L. Sanders,
Area Director

AUG 3 0 2006

*(Date Mailed)*

Enclosures(s)

cc:   NY CITY DEPT OF ED/ROBESON HIGH SCHOOL
c/o Mary McKenna Rodriguez, Senior Counsel
52 Chambers Street, Room 308
New York, NY 10007

There are 201 pages in the exhibit packet.

Paragraph #4 of the complaint has exhibits A-G.

Paragraph #8 of this same complaint, begins with a chronology labeled as exhibit 1. This chronology contains exhibits H-X. Further, paragraph #8 in this same complaint both continue and concludes with exhibits 2-22. *17*

Finally, the video and audio tape exhibits are labeled exhibits 23 and 24, respectively. *18    19*

# EXHIBIT A

# STEP I GRIEVANCE FORM

SCHOOL: _PAUL ROBESON_  DISTRICT: 73

NAME OF GRIEVANT: _DENISE JACKSON_

TITLE - (TEACHER, GUIDANCE COUNSELOR, PARA, ETC.): _TEACHER_

FILE #: _815661_    SOCIAL SECURITY #: _433082238_

HOME ADDRESS: _9728 3rd Ave #203_
_Brooklyn, NY 11209_

HOME PHONE : _718 564-9953_

SET FORTH SPECIFICALLY THE ACT OR CONDITION AND THE GROUNDS ON WHICH THE GRIEVANCE IS BASED: _Ms. Gatti And Ms. Daniel Wilfields have unfairly rated my observational lessons unfairly._

DATE GRIEVANCE OCCURRED: _5/27/05 + 6/6/05_

SPECIFIC CONTRACTUAL ARTICLE(S) AND SECTION(S) ALLEGED TO BE VIOLATED: _20_

SPECIFIC REMEDY SOUGHT: _STOP USING OBSERVATIONS AS A MEANS OF HARRASSMENT._

I SHALL BE REPRESENTED BY _MS. MALINOWSKI_, MY UFT CHAPTER LEADER OR A DESIGNATED ALTERNATE.

DATE FILED: _6-7-05_     Signature of Grievant

CT:sd
OPEIU:153

cc: Charles Turner
    UFT - 335 Adams Street
    Brooklyn, NY 11201

## STEP II GRIEVANCE FORM

SCHOOL: Paul Robeson Bus & Ted DISTRICT: **73**

NAME OF GRIEVANT: Denise P. Jackson

TITLE - (TEACHER, GUIDANCE COUNSELOR, PARA, ETC.): Teacher

FILE #: 815661   SOCIAL SECURITY #: 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

HOME ADDRESS: 97 28 3rd Ave #203
Brooklyn, NY 11209

HOME PHONE: 718 + 564 - 9453

SET FORTH SPECIFICALLY THE ACT OR CONDITION AND THE GROUNDS ON WHICH THE GRIEVANCE IS BASED: No written response on step I where Forth he described and delineated the resolution, verbally promised it in writing but didn't give.

DATE GRIEVANCE OCCURRED: 5/12/05

SPECIFIC CONTRACTUAL ARTICLE(S) AND SECTION(S) ALLEGED TO BE VIOLATED: _____

SPECIFIC REMEDY SOUGHT: Written resolution

I SHALL BE REPRESENTED BY Ms. J Malinowski, MY UFT CHAPTER LEADER OR A DESIGNATED ALTERNATE AND CHARLES TURNER, UFT DISTRICT REPRESENTATIVE OR HIS DESIGNATED ALTERNATE.

Denise P. Jackson
Signature of Grievant

DATE FILED: _____

CT:sd
OPEIU:153

cc: Charles Turner
UFT - 335 Adams Street
Brooklyn, NY 11201 (include Step I decision, if any)

# UFT GRIEVANCE INVESTIGATION FORM

**DATE:** 4-6-05

**CHAPTER LEADER:** JADZIA MALINOWSKI

**SCHOOL/DISTRICT:** PAUL ROBESON, 17/73 REGION 6

**GRIEVANT(S):** DENISE JACKSON

**SUPERVISOR(S) RESPONSIBLE FOR VIOLATION:**
**(NAME(S)/TITLE(S)):** Barbara Gatti, AP, English

**WITNESS(ES):** I have documentation and records since the Fall of 2003

**"W's"**

1. **WHEN DID IT HAPPEN? (Time/Date):** in Fall Since 2003. - esp. she harassing and stalking me on 4/4/05 at 1:24

2. **WHERE DID IT HAPPEN?** Paul Robeson School, esp outside 444 My Music Class - I fear for my life She has tried everything to make me leave -

3. **WHAT HAPPENED? (What did Supervisor do/not do to give rise to complaint?)** Mrs. Gatti is harassing and stalking me so that I can quit or leave. She has too many English teachers and not enough classes; She took away my official classes and gave them to a new, less experienced white teacher -

4. **WHY IS IT GRIEVABLE? (Cite specific article(s), section(s), page #(s), etc. of Agreement or Policy violated):** 20 22 21

Denise P. Jackson

# UFT GRIEVANCE INVESTIGATION FORM

DATE: _4-6-05_

CHAPTER LEADER: _JADZIA MALINOWSKI_

SCHOOL/DISTRICT: _PAUL ROBESON, 73/17 REGION 6_

GRIEVANT(S): _DENISE JACKSON_

_____

SUPERVISOR(S) RESPONSIBLE FOR VIOLATION:
(NAME(S)/TITLE(S)): _Ira Weston - PRINCIPAL_

_____

_____

WITNESS(ES): _I have documentation and official records where he has sanctioned everything Gatti has done to me so that I will leave._

## "W's"

1. **WHEN DID IT HAPPEN?** (Time/Date): _Since Oct 2004 - when I went to him and he says "to whom much is given much is required" - he then gives me prayer_
2. **WHERE DID IT HAPPEN?** _of crosses to bear._
   _In his conference room and throughout school - wherever he sees me He wants to know when I'm leaving_
3. **WHAT** HAPPENED? (What did Supervisor do/not do to give rise to complaint?)
   _Mr Weston has allowed Gatti to strip away, every ounce of professionalism that I've amassed in the last 18 years. I have gone from mentor to being mentored by Gatti whose instructions mr weston corrected. They have taken away my position and given it to a lesser experienced white teacher- they have conspired to give me 3 Unsatisfactory_
4. **WHY** IS IT GRIEVABLE? (Cite specific article(s), section(s), page #(s), etc. of Agreement or Policy violated): _when the 1st was illegal_
   _20 21 22_
   _and the last no illegal._

_____

# UFT GRIEVANCE INVESTIGATION FORM

DATE: _4-6-05_

CHAPTER LEADER: _JADZIA MALINOWSKI_

SCHOOL/DISTRICT: _PAUL ROBESON , 17/73 REGION 6_

GRIEVANT(S): _DENISE JACKSON_

SUPERVISOR(S) RESPONSIBLE FOR VIOLATION:
(NAME(S)/TITLE(S)): _Barbara Gatti, Ap English_

WITNESS(ES): _Documentation and offical records dating back to the Fall of 2003_

## "W's"

1. **WHEN** DID IT HAPPEN? (Time/Date): _Paul Robeson High — Since Fall, 2003._
_4/4/05, 12:1ᵖ/m, she stalks me out side my Music class and then later has my 2-white counterparts try to engage_

2. **WHERE** DID IT HAPPEN? _me in a frey._
_Paul Robeson High School_

3. **WHAT** HAPPENED? (What did Supervisor do/not do to give rise to complaint?) _Ms. Gatti has harassed and stalked and denigrated me since my employ. She has also discriminated against me because of her intense dislike for me. She has allowed me to suffer ignominy and disgrace as she has illegally and maliciously ruined me pro-fessionally she has taken away my offical classes and given them to a white coun-_

4. **WHY** IS IT GRIEVABLE? (Cite specific article(s), section(s), page #(s), etc. of _part who is Agreement or Policy violated):_ _less exprienc_
_20 21 22_  _she has never helped me because she was intent on ruining me_

*Colette Moses*
*4/6/05*

# STEP I GRIEVANCE FORM

SCHOOL: *PAUL ROBESON*                    DISTRICT: *73/17 REGION 6*

NAME OF GRIEVANT: *DENISE    JACKSON*

TITLE (TEACHER, GUIDANCE COUNSELOR, ETC.): ___Teacher___

SOC. SEC. #: *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*                    FILE #: *815661*

PHONE # *718-564-9953*

DATE GRIEVANCE OCCURRED: *ONGOING*

SET FORTH SPECIFICALLY THE ACT OR CONDITION AND THE GROUNDS ON WHICH THE GRIEVANCE IS BASED:

Letter in the file dated  + *HARRASSMENT*

This is a RE-ORGANIZATION grievance    YES _____    NO _X_

SPECIFIC CONTRACTUAL ARTICLE(S) AND SECTION(S) ALLEGED TO BE VIOLATED:

21A5    *20    22*

SPECIFIC REMEDY SOUGHT:

Removal of letter - *STOP  HARRASSMENT + DISCRIMINATION STALKING - DEMOTION, ETC.*

I SHALL BE REPRESENTED BY *MS. MALINOWSKI*  MY CHAPTER LEADER OR A DESIGNATED ALTERNATE.

*Denise D. Jackson*
Signature of Grievant

DATE FILED: *4-6-05  WED.*

Case 1:06-cv-06173-ENV-LB Document 11 Filed 2/2/08 Page 18 of 90 PageID #: 135

SCHOOL: Paul Robeson      DISTRICT: 73

NAME OF GRIEVANT: Denise P Jackson

TITLE - (TEACHER, GUIDANCE COUNSELOR, PARA, ETC.): Teacher

FILE #: 815661      SOCIAL SECURITY #: 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

HOME ADDRESS: 4728 3rd Ave #203, Brooklyn, NY 1209

HOME PHONE : 718 + 564 - 9952

SET FORTH SPECIFICALLY THE ACT OR CONDITION AND THE GROUNDS
ON WHICH THE GRIEVANCE IS BASED: Mr. Weston and Ms Getti
have a habit of scheduling observations and then
postponing them at and after the last minute.
Since I have not transfered as have been promised me.
So then why stress me to the max — unnecessarily.

DATE GRIEVANCE OCCURRED: 5/6/05

SPECIFIC CONTRACTUAL ARTICLE(S) AND SECTION(S) ALLEGED TO BE
VIOLATED:

SPECIFIC REMEDY SOUGHT: Stop harassing me with these
terror tactics.

I SHALL BE REPRESENTED BY Ms. J. Malinowski , MY UFT
CHAPTER LEADER OR A DESIGNATED ALTERNATE.

Denise P. Jackson
**Signature of Grievant**

DATE FILED: 5-27-05

CT:sd
OPEIU:153

cc: Charles Turner
     UFT - 335 Adams Street
     Brooklyn, NY 11201

# STEP II GRIEVANCE FORM

SCHOOL: Paul Robeson Bus. + Tech DISTRICT: 73

NAME OF GRIEVANT: Denise D. Jackson

TITLE - (TEACHER, GUIDANCE COUNSELOR, PARA, ETC.): Teacher

FILE #: 815661      SOCIAL SECURITY #: 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

HOME ADDRESS: 9128 3rd Ave #203
Brooklyn NY 11209

HOME PHONE: 718 + 564 - 9453

SET FORTH SPECIFICALLY THE ACT OR CONDITION AND THE GROUNDS
ON WHICH THE GRIEVANCE IS BASED: No Written response
on step 1 where revia no described answere
delineated the resolution her bully, promised
in writing but did not reply.

DATE GRIEVANCE OCCURRED: 5/12/05

SPECIFIC CONTRACTUAL ARTICLE(S) AND SECTION(S) ALLEGED TO BE
VIOLATED:

SPECIFIC REMEDY SOUGHT: Written resolution

I SHALL BE REPRESENTED BY Ms. J Malinowski
UFT CHAPTER LEADER OR A DESIGNATED ALTERNATE AND CHARLES
TURNER, UFT DISTRICT REPRESENTATIVE OR HIS DESIGNATED
ALTERNATE.                                                    MY

Denise D. Jackson
Signature of Grievant

DATE FILED:

fill in as well as sign

Mo. Jackson

Call New Utrecht to set up your interview. The opening is suppose to be in early April. Check with English A.P. and/or Principal

I'll speak to you on Wednesday

J Malinowski

Malinowski,

I cannot meet with [...] on 9/6/2005, as [...] [...] of [...] about this [...] it [...] the Fall [...]

4/19/05

Ms. Malinowski,

For all that its worth, please see me immediately. Ms. Gatti gave me a blank envelope witnessed by Mc Clintock I did not accept it so she placed it on my desk, it is still there.

Are you interceding and arbitrating on my behalf? Can you give me a written report on the last letter you intercepted and then let me know the resolution? I hope so.

Additionally, when Weston told me on 3/7/05, that he didn't want Gatti observing me, I interpreted that to mean that he usurped her supervisory authority over me and placed himself there, particularly when he persisted in me finding another position.

P.S. Take care of the grievance today, Weston is here

Denn Jackson

5/11/05

Ms. Malinowski,

For almost two years I have come to you with complaints about harassment that Weston and Gatti have consistently perpetrated. To date, you have not responded in a timely manner.

On yesterday, 5/10/05, I informed you about the latest harassment from the afore-mentioned perpetrators as well as my need to grieve, particularly since a promise from both of the above was made. Last Thursday, Mr. Weston promised to do better by me since he knows how much stress I have had to endure. The very next day, he and Gatti were back to their old tricks.

If your allegiance to Mr. Weston clouds your supposedly objective stance as UFT Chapter leader, than please, let the union administrators know this so that I can receive fair representation.

Additionally, I want this latest grievance to be put on record immediately, contract dictates a speedy process.

Sincerely,

Denise P. Jackson

CC: Charles Turner
     UFT Administration
     Linda Ingle, EEOC

5/27/05

Ms. Malinowski,

I would like for you to bring immediate charges of withholding resources against Ms. Gatti. As she did with my public speaking class, so is she now doing with my Ramp Up students? Yesterday she observed these students (most of whom are on the special ed. List) successfully participating in the construction of a 5-paragraph essay and she now wants to take the resource that they are using away? I just don't get it! It is okay that she and Mr. Weston want to destroy my reputation and career because the cream always rises to the top; however, when you deliberately refuse students the opportunity to learn and grow, its criminal!!!

Additionally, you ask that I sign and deliver the observation report before you file the grievance. However, this seems backward and I will not do it this way. You file the grievance and attach the observation report before it's delivered.

Finally, I need some feedback on the Step II grievance in writing so that I can complete my file.

Sincerely,

Mrs. D. P. Jackson

PS. Please secure an early leave for me today at 1:15pm(when my last class ends) because since yesterday, at 9:54 am., I have been sickened to my stomach.

May 13, 2005

Dear Ms. Malinowski,

     As you promised on yesterday, please initiate step II since there was no written response to the step I grievance.

     Thanking you in advance for your cooperation in this matter.

Sincerely,

Mrs. D. P. Jackson

CC: Charles Turner, UFT
     Linda Ingle, EEOC

5/27/05

Ms. Malinowski,

I would like for you to bring immediate charges of withholding resources against Ms. Gatti. As she did with my public speaking class, so is she now doing with my Ramp Up students? Yesterday she observed these students (most of whom are on the special ed. List) successfully participating in the construction of a 5-paragraph essay and she now wants to take the resource that they are using away? I just don't get it! It is okay that she and Mr. Weston want to destroy my reputation and career because the cream always rises to the top; however, when you deliberately refuse students the opportunity to learn and grow, its criminal!!!

Additionally, you ask that I sign and deliver the observation report before you file the grievance. However, this seems backward and I will not do it this way. You file the grievance and attach the observation report before it's delivered.

Finally, I need some feedback on the Step II grievance in writing so that I can complete my file.

Sincerely,

Mrs. D. P. Jackson

PS. Please secure an early leave for me today at 1:15pm(when my last class ends) because since yesterday, at 9:54 am., I have been sickened to my stomach.

**Denise P. Jackson**
**9728 3rd Avenue # 203**
**Brooklyn, NY 11209**


November 5, 2005

UFT
ATTN: Mr. Stew Rothstein
335 Adam Street, Suite # 2500
Brooklyn, NY 11201


Dear Mr. Rothstein:

Per our previous conversation conducted on Tuesday, November 1, 2005, please be
informed that because of the time restraints and restrictions in the hearing process, I'm
requesting an immediate hearing that encompasses both the grievances and the unlawful
discontinuance.

If you have any questions please feel free to call me at (718) 564-9953.


Sincerely,

Denise P. Jackson

4/12/05

Malinowski,

as you predicted yesterday, 4/11/05, Mr. Weston is avoiding responding to the grievance and you wouldn't be surprised if he is out today - 5-day period up today.

However, as we both concurred, he gave me a signed observation while he's in Mexico (absentia) so we can handle the grievance in the same manner - in absentia -

Sincerely,

Denise Jackson

P.S. See me as soon as you can

Case 1:04-cv-04089-ILG-CLP Document 25-13 Filed 05/03/2006 Page 1 of 1 PageID #: 145

# PAUL ROBESON HIGH SCHOOL FOR BUSINESS AND TECHNOLOGY
150 Albany Avenue
Brooklyn, New York 11213

*Fostering the Pursuit of Excellence*

Ira C. Weston, Principal                                    (718) 774-0300

## M E M O R A N D U M

**TO:**        Ms. Denise Jackson

**FROM:**    Ira C. Weston, Principal

**DATE:**    June 7, 2005

**RE:**        **GRIEVANCE HEARING**

Please be advised that Step 1 Grievance Hearing has been scheduled for **Monday, June 13, 2005** at **10:55(pd.4)** in the principal's office.

Please see my secretary to confirm this meeting.

Thank you.

C: B. Gatti, AP-English
    J. Malinowski, UFT Rep.

ICW/cgl

After the Madison Square Garden Rally, the Mayor and Ms. Randi Weingarten had a meeting. There was some bargaining taking place, BUT after the Mayor lost his Stadium bid, everything is back to normal.

Albany ends their sessions on 6/23.
    City is pushing for whistle blower protection.
    Hiking of teacher choice money to $200

Talks are scheduled for the following dates:

Union 6/10 and 6/13
6/15 could be a date for a late bargaining session
City 6/24 and 6/26
6/30 Rebuttal date

Police arbitration ends on the last day of June. We would like to have some sort of an agreement before then.

 U-ratings are being give to many individuals over the age of 40 (some believe that this is age discrimination)

I'd like to Thank the following individuals who attended the Madison Square Garden Rally:
    Mr. Lopez    Ms. Gilmore    Mr. J. Rodriquez    Mr. Stevens    Ms. Worrell
    Mr. Roberts    Ms. Hudson    Ms. Jermott

If I've forgotten to thank anyone else, please forgive me!

# MORE NEWS WILL BE RELATED TO ALL OF YOU ON FRIDAY, 6/17, SINCE I'LL BE ATTENDING ANOTHER MEETING IN NYC ON WEDNESDAY 6/15

# EXHIBIT B

## STEP II GRIEVANCE FORM

SCHOOL: _Paul Robeson High_     DISTRICT: **73**

NAME OF GRIEVANT: _Denise P. Jackson_

TITLE - (TEACHER) GUIDANCE COUNSELOR, PARA, ETC.): _____

FILE #: _815661_     SOCIAL SECURITY #: _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_

HOME ADDRESS: _97283½ Ave # 203_
_Brooklyn, NY 11209_

HOME PHONE: _718+ 564-9953_

SET FORTH SPECIFICALLY THE ACT OR CONDITION AND THE GROUNDS
ON WHICH THE GRIEVANCE IS BASED: _NO WRITTEN_
_RESPONSE GIVEN WITHIN TIME FRAME._
_CONTINUED HARRASSMENT AND INTIMINATION._

DATE GRIEVANCE OCCURRED: _5/12/05_

SPECIFIC CONTRACTUAL ARTICLE(S) AND SECTION(S) ALLEGED TO BE
VIOLATED: _20, 22_

SPECIFIC REMEDY SOUGHT: _STOP HARRASSMENT. WRITTEN_
_AGREEMENT PROMISED AT STEP I AND_
_NEVER DELIVERED IN WRITING._

I SHALL BE REPRESENTED BY _MS. MALINOWSKI_____, MY
UFT CHAPTER LEADER OR A DESIGNATED ALTERNATE AND CHARLES
TURNER, UFT DISTRICT REPRESENTATIVE OR HIS DESIGNATED
ALTERNATE.

_Denise Jackson_
**Signature of Grievant**

DATE FILED: _6-8-05_

CT:sd
OPEIU:153

cc: Charles Turner
　　UFT - 335 Adams Street
　　Brooklyn, NY 11201 (include Step I decision, if any)

# EXHIBIT C

# NEW YORK Amsterdam News

Vol. 96 No. 19 May 5–May 11, 2005
© 2005 The Amsterdam News

75¢ New York City
$1.00 Outside N.Y.C.

*Despite Union:*

**The new Black view**

# A PRINCIPLED STAND



**Principal Ira C. Weston making the rounds at Paul Robeson High School in Brooklyn.**

## By JAMAL E. WATSON
*Amsterdam News Staff*

It's early in the morning at Brooklyn's Paul Robeson High School for Business and Technology, and Ira C. Weston is already making his second trip around the aging school building.

"Get that hat off of your head," Weston, the school's principal, tells one student. "Why are you in the hallway?" he asks another. "Go to class. And take those headphones off."

For Weston, who started his career at Robeson High School in 1985, the challenges have been daunting, but the no-nonsense administrator, who works 12-hour days, is trying to do something that others have predicted almost impossible: transform a failing school into a high-end achieving one.

Weston has lofty ideas for the Crown Heights school that others have long written off. He believes in these students, stopping them in the hallways to buttonhole them about college.

For most of these students—who are Black and poor—Weston's inquiries are greeted with respect. His tough-love approach has given students the needed confidence to encourage them to apply and get accepted into some of the nation's top-tier universities.

In recent years, students from Robeson have gone on to New York University, the University of Pennsylvania and Columbia.

On the surface, that seems good.

But Robeson still has a long way to go. Only 60 percent of the (Continued on Page 29)



Case 1:06-cv-06173-ENV-LB   Document 1   Filed 11/20/06   Page 34 of 90 PageID #: 151

# Schools

**(Continued from Page 1)**

students here graduate and go off to college. A large portion of the students are performing below average, forcing Weston to initiate 15 partnerships with outside institutions like Citicorp, or recruiting a group of aging alumni from Princeton University to come into the school to tutor students several days a week.

"I am not afraid to ask for help," said Weston, who taught in China and Kenya before winning a fellowship in the early 1980s to attend Teacher's College at Columbia University. "We have to bring resources into the school from outside of the building."

Weston, like other school principals across the city, faces some of the same dilemmas: not enough resources to service a public school system that is bigger than some US cities.

But in New York—unlike some other school districts—Weston doesn't ultimately have complete autonomy over his school. He, like other New York City administrators, is restricted by a stringent union contract that enables tenured teachers who have been in the system for years to fill a vacancy in a school even if the principal has another candidate in mind.

"It pisses me off that I can't

ers over the past few years who are idealistic but have little teaching experience working in challenging urban settings.

"I can't say, 'Let me go out. Let me hire. Let me recruit,'" he said.

School reform advocates have long argued that at schools like Robeson, which has had a long history of underperformance, students could benefit from having more seasoned educators in the classroom.

"If you have a good principal, you want them to have autonomy," said Gary Orfield, a Harvard University professor who is an expert on urban education.

But under the current union contract negotiated by the United Federation of Teachers, once a teacher reaches tenure, he or she has the option of transferring to a high-performing school, leaving many underperforming schools in largely poor, Black and Latino communities staffed with a batch of first- and second-year teachers.

It's no coincidence, some argue, why young, inexperienced teachers in some of the city's most challenging schools get burnt out after their second year on the job. At Robeson, there has been turnover. Teachers have left the profession, some have moved away, and some left because they were concerned about the tough neighborhood where the school is located. It is just a block away from one of the city's most dangerous housing projects.

ment that most city parents don't know exists nor can fully comprehend—does not require that teachers monitor students in the hallway as they pass to and from classes or that they supervise students on the recess playground.

"You think the union is protecting the interest of the students, but in reality, they are protecting the interests of teachers," said Courtney Harris, a Harlem resident who recently took her daughter out of public schools and enrolled her in a charter school.

Harris isn't alone. Each year, dozens of parents crowd into city schools urging principals to provide services for their students that the union contract explicitly prohibits teachers from performing. One teacher at a Manhattan school said that she did not volunteer for certain jobs (such as staying after school to sponsor an art and drama club) because it was frowned upon by other teachers active in the union.

"I feel torn," said the teacher, who asked that her name not be identified. "When we signed up to be teachers, we pledged to give it our all. But some of my colleagues are in this thing for a paycheck. It's hard to criticize them because then you are viewed as being against the union."

Joel Klein, chancellor of the public schools, is convinced that the teachers union has made it



IRA C. WESTON
(Kari Crutchfield photo)

income groups—to receive a quality education in New York.

"This is really a civil rights issue," said Klein, who has called for reforms in the contracts.

At a gathering before a largely African American crowd in Harlem last week, Mayor Michael R. Bloomberg chastised the teachers union for advocating for a contract that rewards teachers based on seniority, allowing tenured teachers to escape troubled schools where they are needed most.

"This is counter-intuitive," said Bloomberg, who is running for reelection.

Repeated calls to Randi Weingarten, president of the UFT, were not returned.

At Robeson, Weston acknowledges that he has his "talented

matter what—but it's the other students that he stays up at night worrying about.

And he's also lucky. He hasn't had to deal with the union in years. "We haven't had a grievance in three or four years," said Weston, who has been the principal for the past nine years. "We resolve any issues beforehand, so we've been lucky."

But Weston doesn't buy the notion that tenured teachers who aren't performing ought to be coddled and protected, either.

"You're as good as your last earnings," he said, adding that the results of good teaching should prove evident in student performance.

*Jamal E. Watson can be reached at jamalwats@aol.com. This is the first in a series of*

# EXHIBIT D

...son, check
Web site at
... on Conferences.
Center is offering
...or the ATS-Pre-
...manent state certifica-
...o need to prepare the
...he remaining ses-
...docape for Per-
...e Certification"
...m. to 1 p.m. on
FT headquarters
...f Bronx office.
...d to register, go

...den supervisors
...oute preference
...t all divisions — the
...s on your school lev-
...ce sheet gives you an

opportunity to indicate the time sched-
ule, grade and program you prefer for
the next school year or semester. Be
sure to return your preference sheet as
instructed. Principals and supervisors
should consider your preferences and
try to accommodate them within the
contractual rules of rotation, which are
designed to promote fairness. See your
chapter leader if you have questions
about your preference sheet or the rules
of rotation.

□ Sad to say, new teachers and other
UFT members sometimes report that su-
pervisors harass them in all kinds of
ways. If you believe you are the victim of
supervisory harassment, immediately
tell your chapter leader. The contract pro-
vides for a special and expedited com-
plaint process to protect you from coer-
cion and intimidation by administrators.

debts to ...
the AFT PLUS Student ...
dation Program. This program, which...
available to you as a UFT member and
guaranteed by the U.S. Department of
Education, lets you lock in low interest
rates and offers superior benefits and cus-
tomer service compared with those of-
fered by other loan consolidation
providers. In addition to simplifying your
life by making only one monthly pay-
ment, the program may lower your
monthly payments by as much as 54 per-
cent. To find out if you are eligible and
for further information, call 1-800-936-
4976 and ask to speak with an AFT
PLUS-dedicated loan counselor.

□ For more information about other
union programs for new teachers,
visit the UFT Web site at www.uft.org
and the Teacher Center Web site at
www.uftc.org. Also, see the "Events"
column on page 25.

# EXHIBIT E

9728 Third Avenue
Brooklyn, NY 11209
February 28, 2006

Virginia Caputo
Office of Appeals & Reviews
7th Floor
Department of Education
65 Court Street
Brooklyn, NY  11201

Dear Ms. Caputo:

I hereby request an appeal for the following reasons(s): Check appropriate category(ies).

| | |
|---|---|
| ☐ | "U" Rating |
| **X** | C-31 |
| ☐ | C-31 and "U" Rating |
| ☐ | C-31 and Discontinuance/Denial of Completion of Probation |

Thank you.

Very truly yours,

*Denise Jackson*

Name:  Denise Jackson
File #:  815661
School/District: Paul Robeson H.S./D.73
Principal:  Ira Weston
For School Year Ending:  June 28, 2006
Home Phone:  718-564-9953

ad/
Opeiu:153
c:      Robert Astrowsky
        Brooklyn Borough Representative

K625      27921

MAR 07 2006

9728  3RD  AVE,  #203
BROOKLYN, N.Y  11209

Date: _6/23/05_

Virginia Caputo
Office of Appeals & Review
7th Floor
Department of Education
65 Court Street
Brooklyn, New York 11201

Dear Ms. Caputo:

I hereby request an appeal for the following reason(s):  Check appropriate category(ies).

- ☐ "U" Rating
- ☐ C-31
- ☐ C-31 and "U" Rating
- ☑ C-31 and Discontinuance/Denial of Completion of Probation

Thank you.

Very truly yours,

Name _DENISE  JACKSON_
File # _815661_
EIS# _0815661_
School/District: _PAUL  ROBESON  H.S./73/R.6_
Principal _LAH  WESTON_
For School Year Ending: _JUNE, 2005_
Home Phone: _718-564-9953_

If/
c        Robert Astrowsky,
         Brooklyn Borough Representative

## SECTION 3. - TO BE COMPLETED ONLY FOR PROBATIONARY PERSONNEL

**A.** RECOMMENDATION BY PRINCIPAL OR OTHER APPROPRIATE SUPERVISOR: To be completed and forwarded to the Community Superintendent or, for City District employees, to the responsible Superintendent.

1. ☐ I recommend approval for continued probationary service.

   ☐ I recommend certification of completion of probation.

2. ☒ I recommend discontinuance of probationary service.

   ☐ I recommend denial of certification of completion of probation.

SIGNATURE OF PRINCIPAL (If other, give title)

DATE: 6/13/05

**B.** SUPERINTENDENT'S RECOMMENDATION: To be completed by Community or responsible Superintendent and returned to originating unit for employee's acknowledgement.

I recommend _Discontinuance of probationary service_

Date 6/14/05     Signature of Superintendent _____
(If other, give title)

**C.** ACKNOWLEDGEMENT BY PROBATIONARY EMPLOYEE

I have received this report on: _however, this is totally unfair because of their_
_hostility feelings towards me and their need for a position_

Date: 6/15/05     Signature of Employee _Denise A. Gill_

## SECTION 4. - DOCUMENTATION

All recommendations for discontinuance or denial of certification must be accompanied by copies of substantiating documentation attached hereto, including, but not limited to, observation reports, letters, time cards or time sheets, or other relevant material.

| Item No. | Date | Description or Identification | Key |
|---|---|---|---|
| 1 | 04/06/05 | Letter from Ms. Gatti-AP, English | A-4,5; B-4; C-4,5; D-1 |
| 2 | 05/27/05 | Observation from Superintendent's Designee | A-4,5; B-1,3,4,5,10 |
| 3 | 05/26/05 | Observation from Ms. Gatti, AP-English | B-1,3,4,5,6,9,10 |
| | | | C-4,5 & D-1,2 |
| 4 | 05/17/05 | Observation from Ira C. Weston, Principal | B-1,3,4,5,6,9,10 |
| | | | C-4,5 & D-1,2 |
| 5 | 10/28/04 | Observation from Ms. Gatti, AP-English | B-1,3,4,5,6,9,10 |
| | | | C-4,5 & D-1,2 |
| 6 | 02/18/05 | Observation form Ira C. Weston, Principal | B-1,3,4,5,6,9,10 |
| | | | C-4,5 & D-1,2 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: If space is insufficient to list all documentation, listing on additional sheets may be attached. If there are such continuation sheets, check here ☐.   Number of additional sheets: _____

## RULES AND INSTRUCTIONS

1. For "Satisfactory" evaluations, prepare two copies: Copy 1 for the employee, copy 2 for the school file.

2. For adverse evaluations (U or D), prepare four copies for distribution as follows: Copy 1 for employee, copy 2 for the school file...

Case 1:16-cv-01533 ... Document ... Filed ... Page 41 of 90 PageID #: 158

## SECTION 1 - REPORT BY PRINCIPAL OR OTHER APPROPRIATE SUPERVISOR

| COMMENTS (as checked. "NA" indicates "Not Applicable.") | SATIS-FACTORY | UNSATIS-FACTORY | ADDITIONAL COMMENTS |
|---|---|---|---|
| **A. PERSONAL AND PROFESSIONAL QUALITIES** | | | |
| 1. Attendance and punctuality | | ✓ | |
| 2. Personal appearance | ✓ | | |
| 3. Voice, speech and use of English | ✓ | | |
| 4. Professional attitude and professional growth | | ✓ | |
| 5. Resourcefulness and initiative | | ✓ | |
| **B. PUPIL GUIDANCE AND INSTRUCTION** | | | |
| 1. Effect on character and personality growth of pupils | | ✓ | |
| 2. Control of class | ✓ | | |
| 3. Maintenance of wholesome classroom atmosphere | | ✓ | |
| 4. Planning and preparation of work | | ✓ | |
| 5. Skill in adapting instruction to individual needs and capacities | | ✓ | |
| 6. Effective use of appropriate methods and techniques | | ✓ | |
| 7. Skill in making class lessons interesting to pupils | | | |
| 8. Extent of pupil participation in the class and school program | | | |
| 9. Evidence of pupil growth in knowledge, skills, appreciations and attitude | | ✓ | |
| 10. Attention to pupil health, safety and general welfare | | ✓ | |
| **C. CLASSROOM OR SHOP MANAGEMENT** | | | |
| 1. Attention to physical conditions | ✓ | | |
| 2. Housekeeping and appearance of room | ✓ | | |
| 3. Care of equipment by teacher and children | ✓ | | |
| 4. Attention to records and reports | | ✓ | |
| 5. Attention to routine matters | | ✓ | |
| **D. PARTICIPATION IN SCHOOL AND COMMUNITY ACTIVITIES** | | | |
| 1. Maintenance of good relations with other teachers and with supervisors | | ✓ | |
| 2. Effort to establish and maintain good relationships with parents | | ✓ | |
| 3. Willingness to accept special assignments in connection with the school program | ✓ | | |

**E. ADDITIONAL REMARKS (additional sheets, signed and acknowledged may be attached):**

12/22/04    2/18/05    6/2/05    5/27/05
B. Gatti    B. Gatti    I. Weston    B. Gatti
AP/Eng    AP/Eng.    Principal    AP/Eng

## SECTION 2 - PERFORMANCE EVALUATION

| OVERALL EVALUATION S, U, or D (D for first year probation only) | SIGNATURE OF PRINCIPAL (If other - give title) | ACKNOWLEDGMENT BY EMPLOYEE I have received this report on: |
|---|---|---|
| U | | |
| For the period: From 9/7/04 to 6/28/05 | 6/13/05 DATE | 6/15/05 DATE    SIGNATURE OF EMPLOYEE |

*(Complete Reverse Side for Probationary Personnel Only)*

# EXHIBIT F

Case 1:06-cv-06173-ENV-LB   Document 1   Filed 11/20/06   Page 43 of 90 PageID #: 160


**cingular**
WIRELESS

## Call Detail (Continued)
**User Name: DENISE P JACKSON**

**718-564-9953**

Rate Code: NPA4=NATP2000RUMMUNW
Rate Period (Pd.): P=Peak; N=Nights; W=Weekends
Call To: ** = International Call Terminated To Mobile
Feature: 1=PTT One-to-One event; a=Automated Call Return; A=Alternate Line; B=Direct Asst Call Complete; C=Call Waiting;
d=Directory Assistance Call; D=Data Call; E=Extended Local Area; F=Call Forwarding; g=PTT Group event; G=2-N-1 Call;
H=Group Mobile to Mobile Calls; I=Incoming Call; K=Fax Call; M=Mobile to Mobile; O=Auto Dropped Call Credit;
P=Priority Access Service; Q=V-VPN; R=Convert to Home; S=Shared Minutes; T=Three Way Calling; v=Voice Activated Dialing;
W=Weekends; X=Fax Mailbox; Y=Rapid Reply

| Item | Day | Date | Time | CL | Number Called | Call To | Min | Rate Code | Rate Pd | Fea-ture | Airtime Charge | LD DA | Total Charge |
|------|-----|------|------|----|---------------|---------|-----|-----------|---------|----------|----------------|-------|--------------|
| 451 | | 10/22 | 10:42AM | | 504-813-1658 | INCOMI CL | 3 | NPA4 | W | IRW | | | 0.00 |
| 452 | | 10/22 | 10:46AM | | 614-476-6082 | GAHANN OH | 2 | NPA4 | W | RW | | | 0.00 |
| 453 | | 10/22 | 11:12AM | | 504-813-1658 | KENNER LA | 1 | NPA4 | W | RW | | | 0.00 |
| 454 | | 10/22 | 11:14AM | | 908-463-0020 | LINDEN NJ | 1 | NPA4 | W | RW | | | 0.00 |
| 455 | | 10/22 | 11:18AM | | 504-235-9070 | INCOMI CL | 1 | NPA4 | W | IRW | | | 0.00 |
| 456 | | 10/22 | 11:59AM | | 818-415-6834 | INCOMI CL | 1 | NPA4 | W | IRW | | | 0.00 |
| 457 | | 10/22 | 12:16PM | | 818-415-6834 | BURBAN CA | 3 | NPA4 | W | RW | | | 0.00 |
| 458 | | 10/22 | 12:19PM | | 661-877-1613 | SANCLA CA | 1 | NPA4 | W | RW | | | 0.00 |
| 459 | | 10/22 | 12:32PM | | 661-877-1613 | INCOMI CL | 1 | NPA4 | W | IRW | | | 0.00 |
| 460 | | 10/22 | 12:44PM | | 661-877-1613 | SANCLA CA | 3 | NPA4 | W | RW | | | 0.00 |
| 461 | | 10/22 | 12:45PM | | 661-877-1613 | INCOMI CL | 6 | NPA4 | W | IRW | | | 0.00 |
| 462 | | 10/22 | 12:50PM | | 818-415-6834 | BURBAN CA | 5 | NPA4 | W | RW | | | 0.00 |
| 463 | | 10/22 | 01:03PM | | 504-235-9070 | INCOMI CL | 2 | NPA4 | W | IRW | | | 0.00 |
| 464 | | 10/22 | 01:34PM | | 504-235-9070 | NEWORL LA | 2 | NPA4 | W | RW | | | 0.00 |
| 465 | | 10/22 | 01:43PM | | 504-235-9070 | NEWORL LA | 1 | NPA4 | W | RW | | | 0.00 |
| 466 | | 10/22 | 01:45PM | | 504-235-9070 | NEWORL LA | 1 | NPA4 | W | RW | | | 0.00 |
| 467 | | 10/22 | 02:08PM | | 213-926-1519 | INCOMI CL | 1 | NPA4 | W | IRW | | | 0.00 |
| 468 | | 10/22 | 02:09PM | | 213-926-1519 | LOSANG CA | 1 | NPA4 | W | RW | | | 0.00 |
| 469 | | 10/22 | 02:13PM | | 504-235-9070 | NEWORL LA | 1 | NPA4 | W | RW | | | 0.00 |
| 470 | | 10/22 | 02:20PM | | 504-235-9070 | INCOMI CL | 1 | NPA4 | W | IRW | | | 0.00 |
| 471 | | 10/22 | 03:28PM | | 310-568-1478 | INGLEW CA | 1 | NPA4 | W | RW | | | 0.00 |
| 472 | | 10/22 | 03:29PM | | 310-568-1478 | INGLEW CA | 1 | NPA4 | W | RW | | | 0.00 |
| 473 | | 10/22 | 03:31PM | | 504-235-9070 | INCOMI CL | 1 | NPA4 | W | IRW | | | 0.00 |
| 474 | | 10/22 | 03:37PM | | 504-235-9070 | INCOMI CL | 1 | NPA4 | W | IRW | | | 0.00 |
| 475 | | 10/22 | 06:54PM | | 908-463-0020 | LINDEN NJ | 1 | NPA4 | W | RW | | | 0.00 |
| 476 | | 10/22 | 07:12PM | | 908-463-0020 | LINDEN NJ | 1 | NPA4 | W | RW | | | 0.00 |
| 477 | | 10/22 | 07:13PM | | 504-235-9070 | NEWORL LA | 1 | NPA4 | W | RW | | | 0.00 |
| 478 | | 10/22 | 09:23PM | | 718-370-9423 | INCOMI CL | 30 | NPA4 | W | IRW | | | 0.00 |
| 479 | | 10/22 | 11:37PM | | 800-621-3362 | 800 To CL | 6 | NPA4 | W | RW | | | 0.00 |
| 480 | | 10/22 | 11:45PM | | 800-398-7829 | 800 To CL | 5 | NPA4 | W | RW | | | 0.00 |
| 481 | | 10/22 | 11:58PM | | 212-693-4900 | NEW YO NY | 1 | NPA4 | W | RW | | | 0.00 |
| 482 | Sun | 10/23 | 12:20AM | | 310-671-7213 | INGLEW CA | 2 | NPA4 | W | RW | | | 0.00 |
| 483 | | 10/23 | 12:21AM | | 800-424-6423 | 800 To CL | 3 | NPA4 | W | RW | | | 0.00 |
| 484 | | 10/23 | 12:25AM | | 718-368-3334 | BKLYN NY | 3 | NPA4 | W | RW | | | 0.00 |
| 485 | | 10/23 | 12:29AM | | 800-333-3333 | 800 To CL | 1 | NPA4 | W | RW | | | 0.00 |
| 486 | | 10/23 | 12:34AM | | 800-627-7468 | 800 To CL | 21 | NPA4 | W | RW | | | 0.00 |
| 487 | | 10/23 | 09:59AM | | 800-333-3333 | 800 To CL | 3 | NPA4 | W | RW | | | 0.00 |
| 488 | | 10/23 | 10:03AM | | 212-755-4400 | NEW YO NY | 1 | NPA4 | W | RW | | | 0.00 |
| 489 | | 10/23 | 10:27AM | | 866-438-4636 | 866 To CL | 4 | NPA4 | W | RW | | | 0.00 |
| 490 | | 10/23 | 10:30AM | | 212-755-4400 | NEW YO NY | 4 | NPA4 | W | RW | | | 0.00 |
| 491 | | 10/23 | 10:34AM | | 718-322-2300 | QUEENS NY | 1 | NPA4 | W | RW | | | 0.00 |
| 492 | | 10/23 | 10:35AM | | 718-322-2300 | QUEENS NY | 1 | NPA4 | W | RW | | | 0.00 |
| 493 | | 10/23 | 10:36AM | | 718-322-2300 | QUEENS NY | 10 | NPA4 | W | RW | | | 0.00 |
| 494 | | 10/23 | 10:46AM | | 212-875-2210 | NEW YO NY | 2 | NPA4 | W | RW | | | 0.00 |
| 495 | | 10/23 | 11:51AM | | 917-697-4937 | INCOMI CL | 5 | NPA4 | W | IRW | | | 0.00 |
| 496 | | 10/23 | 01:07PM | | 213-687-0261 | LOSANG CA | 6 | NPA4 | W | RW | | | 0.00 |

Toni Scaffani 917 697 4937

# EXHIBIT G

**THE NEW YORK CITY DEPARTMENT OF EDUCATION**

JOEL I. KLEIN, *Chancellor*

Office of the Chancellor
52 Chambers Street – New York, NY 10007

August 3, 2006

Ms. Denise P. Jackson, File No.815661
9728 3rd Avenue #203
Brooklyn, New York 11209

Dear Ms. Jackson:

I have reviewed the report of my Committee concerning the recommendation that all your New York City Department of Education certificate(s)/license(s) be terminated in accordance with Regulation of the Chancellor C-31.

After careful consideration of your case, I have determined to sustain the recommendation as a consequence of file documents and testimony at the Review.

Any and all license(s)/certificate(s) held by you are hereby terminated effective August 30, 2005, the date your name was placed on the Invalid/Inquiry List. Your name will remain on this list.

Sincerely,

Andres Alonso,
Deputy Chancellor
Teaching and Learning
(as designee for Joel I. Klein, Chancellor)

AA:dt

c:    Gary Barton, Deputy Executive Director, Regional Field Services
      Jacqueline Peek-Davis, L.I.S., Region 6
      Nelson Serrano, Executive Director, Teachers Retirement System
      Yvonne Kong, Director, Bureau of Pedagogic Compensation
      Genevieve Aloia, Director, Teacher Records
      Stanley Sorogon, Advisor, United Federation of Teachers

# THE NEW YORK CITY DEPARTMENT OF EDUCATION

JOEL KLEIN, *Chancellor*

DIVISION OF HUMAN RESOURCES
CENTER FOR RECRUITMENT AND PROFESSIONAL DEVELOPMENT
65 Court Street - Brooklyn, NY 11201

February 6, 2006

SS#        433082238
File        0815661
Position  :TEACHER
District   73
School    PAUL ROBESON HS

Ms. DENISE JACKSON
9728 3RD AVENUE  203
BROOKLYN , NY 11209

Dear Ms. JACKSON

Please be advised that as of  2/6/2006   you have been placed on The New York City Department of Education's Ineligible/Inquiry List. This directive has been placed at the request of the department named below:

### DISCONTINUANCE OF PROBATION-TERMINATED

Should you have any questions please contact the department named above   and/or contact your union representative.

It is the responsibility of the district to take appropriate personnel action if you are a regular employee of the New York City Board of Education.  If you are not an employee of the New York City Board of Education, it is the responsibility of your direct employer to take appropriate action.

Sincerely,

*Lawrence Becker*

Lawrence Becker
Senior Deputy Executive Director, Division of Human Resources.

c:

Kathleen Powers
Special Commissioner of Investigation
Office of Special Investigations

**THE NEW YORK CITY DEPARTMENT OF EDUCATION**
**JOEL I. KLEIN,** *Chancellor*

*Gloria Buckery, Regional Instructional Superintendent*
*Rosemary Stuart, Regional Instructional Deputy Superintendent*
*Region Six Learning Support Center*
*5619 Flatlands Avenue, Brooklyn, NY 11234*
*Telephone: (718) 968-6100     Fax: (718) 968-6256*

*Dr. Jacqueline Peek-Davis, Superintendent*
*Community School District 17*
*1224 Park Place Room 246*
*Brooklyn, New York 11213*
*Tel(718)221-4372 Fax: (718)221-4326*
*Email:*

July 11, 2006

File #- 815661

Ms. Denise P. Jackson
9728 Third Avenue #203
Brooklyn, New York 11209
Teacher of English Day High School

Dear Ms. Jackson:

I have received the report from the Chancellor's officially designated Committee of the meeting held on February 3, 2006, pursuant to the provisions of Article 4, in connection with the recommendation Discontinuance of Probationary Service as Teacher of English Day High School at Paul Robeson High School at Region 6 appointed on April 1, 2003.

I am hereby informing you that I have reaffirmed the previous actions which resulted in Discontinuance of Probationary Service effective close of business August 29, 2005.

Very truly yours,

Dr. Jacqueline Peek-Davis,
Community Superintendent/L.I.S.
District 17 Region 6

C: Yvonne Kong, Director, Office of Pedagogic Compensation
Genevieve Aloia, Teacher Records
Nelson Serrano, Executive Director, Teacher Retirement System
Virginia Caputo, Director, Office of Appeals and Reviews
Charles Turner, UFT Representative
Ira Weston, Rating Officer

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Boston Area Office**

John F. Kennedy Federal Building
Government Center
Fourth Floor, Room 475
Boston, MA 02203
(617) 565-3200
TTY (617) 565-3204
FAX (617) 565-3196

AUG 3 0 2006

Denise Jackson
9728 3rd Avenue, #203
Brooklyn, NY 11209

Re: Charge No.523-2006-00305, Denise Jackson v NY City Dept of Ed/Robeson High School

Dear Ms. Jackson :

The EEOC has concluded its inquiry into your allegations of discrimination.  Under the Equal
Employment Opportunity Commission's (EEOC) charge prioritization procedures, we focus our
resources only on those charges that are most likely to result in findings of violations of the laws
we enforce.  In accordance with these procedures, the EEOC has evaluated this charge based on
the evidence you and the Respondent provided.  The evidence fails to indicate that a violation of
the law occurred and it is not likely that additional investigation will result in our finding of a
violation.

You allege that you were discriminated against in violation of the Civil Rights Act of 1964, as
amended, and the Age Discrimination in Employment Act on the basis of your race, religion, and
age and in retaliation for filing a previous charge in that you were discharged from your position
as  teacher and Respondent is attempting to make you lose your teaching license

Respondent states license revocation for untenured/probationary teachers , as you are, is in
accordance with Chancellor's Regulation C-31.  Based on direct observation, supervision had
determined your rating as unsatisfactory and recommended Discontinuance of Probationary
Service as Teacher.  This was upheld by the Chancellor's Committee.  Your appeal to the
Chancellor was denied.  There is no indication of  retaliation.  Respondent states that the Director
of the Office of Appeals and review is not attempting to revoke your state certification.   Under
C-31 it is attempting to revoke your NYC DOE license.   There is no indication of a violation of
any law enforced by EEOC.

Given the Respondent's answer to the charge, even though you disagree with them, it is unlikely
that  EEOC would find a violation if it invested additional resources..  Thus, the investigation has
been concluded.  Your Determination /Notice of Right to Sue is enclosed.  The Determination is
final.  If you wish to pursue this charge, you may file in Federal District Court within ninety (90)

Page 2.  #523-2006-00305

days of receipt of the enclosed Notice of Right to Sue. Otherwise, your right to sue will be lost.

Sincerely,

*Edith Kessler*

Edith Kessler
Investigator

# THE NEW YORK CITY DEPARTMENT OF EDUCATION

JOEL I. KLEIN, *Chancellor*

OFFICE OF APPEALS AND REVIEWS
65 Court Street – Room 717
Brooklyn, NY 11201

## NOTICE TO APPELLANT

DATE: January 12, 2006

APPELLANT: Denise Jackson

ADDRESS: 9728 Third Avenue
Brooklyn, NY 11209

RATING TYPE: Discontinuance-August 29, 2005

FILE #:815661

SCHOOL: Paul Robeson HS

REGION: 6

ADVISOR: UFT Brooklyn

In accordance with the provisions of Section 4.3.2 of the Bylaws of the New York City Depa
of Education, a review of the above by the Chancellor's Chairperson is scheduled as follow::

DATE:     February 3, 2006

TIME:   9:00 A.M.

PLACE:     65 Court Street, Room 717, Brooklyn, New York 11201

TEL #     (718) 935-2991

The following persons are required to attend:

| Name: | Title |
|---|---|
| Ira Weston | Principal – Robeson HS |
| Barbara Gatti | AP- Robeson HS |
| Haydiya J. Daniel-Wilkins | RIS |
| Frank Capaldo | Superintendent's Rep |

**The School Administrators, listed above, are advised that they may exercise discretion to attend the conference in person or to participate by telephone. ( notify this office in advance of the conference if you choose to attend.) Shoul choose the latter, you must be available to testify via speakerphone at the following time:___9:30 a.m.___ In the event you are unavailable to testify at th appointed time, this office must be notified as soon as possible. The Chairperson for the hearing can be reached at (718) 935-2991.**

In the event the Appellant plans to call witnesses, this office must be notified by the union representative in writing prior to the hearing.

It is the intention of the Chancellor to hold these hearings as expeditiously as possible. T please be advised that **THE SCHEDULING OF THIS CONFERENCE IS NOT SUBJECT TO CHANG ABSENT EXTREME CIRCUMSTANCES**. The Appellant should contact the union representativ any questions regarding this case.

Virginia Caputo,
Director
Office of Appeals and Reviews

# EXHIBIT 1

Denise P. Jackson
(718) 266-2623- Home
(718) 564-9953- Mobile

**The Following is a Chronology of Events that Pertain to Retaliation Case # 523 2006-00305.**

| | |
|---|---|
| **1- April 19, 2005-** | **Filed a discrimination case with the U.S. Equal Employment Opportunity Commission (EEOC) based on Race, Age, and Religion.** |
| **2- May 9, 2005-** | **The Discrimination case was assigned # 160-2005-02018.** |
| **3- June 14, 2005-** | **Received end-of-the year observation report recommending discontinuance of probation that was signed by the principal, the asst. principal and the superintendent.** |
| **4- June 23, 2005** | **An Appeal was filed with United Federation of Teachers (UFT) regarding Discontinuance/Denial of Completion of Probation** |
| **5- July 1, 2005-** | **Received letter rescinding my summer school teaching position.** |
| **6- July 28, 2005-** | **Received letter from superintendent informing me that my probation discontinuance will be reviewed and considered and that I should submit a written response no later than seven days prior to August 29, 2005.** |
| **7- August 18, 2005-** | **Forwarded written response to the superintendent via US Postal Service Express Mail.** |
| **8- August 19, 2005** | **Express Mail returned to sender marked closed and unclaimed because this address has been taken off of the delivery schedule at the end-of-the school year.** |
| **9- August 29, 2005-** | **Received letter from superintendent stating that not only did she receive the Express Mail package but that she is reaffirming the Discontinuance of Probationary Service as well as <u>Termination.</u>** |

**FOR OFFICAL USE ONLY**
**(Public Availability to be Determined Under 5 USC § 552)**

Denise P. Jackson
(718) 266-2623- Home
(718) 564-9953- Mobile

10- Mid-October 2005-   Received telephone call from UFT informing me that I can still teach in NYS but not at Paul Roberson High School.

11-Feburay 3, 2006-   Attended discontinuance hearing with UFT where my Union Rep. refused to participate because NYC Department of Education threw in C-31 (Revoking of all Teacher's Licensees)  at the last minute and illegally. The hearing was only a Discontinuance of probation and never a C-31.  However, the hearing official told the Union Rep. that we should have been aware of the C-31 and that we must proceed.

12- February 6, 2006-   The NYC Department of Education placed me on an ineligible/inquiry list which indicates that I can not teach in NYS.

13- March 2, 2006-   Received a forged document stating that I asked for an appeal hearing for C-31 (Revoking all licensees).

14- March 21, 2006-   Filed a Retaliation charge with EEOC.

15- March 29, 2006-   Retaliation charge received and accepted by EEOC, assigned case # 523-2006-00305.

16- April 19, 2006-   Received letter from EEOC stating the investigator's name assigned to case # 523-2006-00305 as well as informing me that the position statement from the employer is due by May 12, 2006.

17- April 22, 2006-   Received notice of UTF hearing for C-31/Discontinuance to be held on May 5, 2006.

18- April 27, 2006-   Received a rescheduled notice for C-31/Discontinuance Hearing to be held on May 19, 2006.

FOR OFFICAL USE ONLY
(Public Availability to be Determined Under 5 USC § 552)

# EXHIBIT H

provide the name of an individual at a different address whom we can contact if we are

unable to reach you:

Name: _Audrey Porter Farve_ Relationship: _mother_ Phone: 504+242-2907

Address: _7001 Neptune Crt., New Orleans, LA. 70126_

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: _4/14/05_          Signature: _Denise Porter Jackson_

                         Print name: _Denise P. Jackson_

# Filling out this form does not constitute filing a charge

### Attach copies of any documents you believe would support your discrimination claim

## IMPORTANT NOTE:

(This form is covered by the Privacy Act of 1974, Public Law 930579. Authority for requesting the personal data and the uses thereof are given below.)

FORM NUMBER/TITLE/DATE:EEOC FORM 233, INTAKE QUESTIONNAIRE,

AUTHORITY:42 U.S.C. 2000e-5(b), 29 U.S.C. Section 626.

PRINCIPAL PURPOSE: The purpose of this questionnaire is to solicit information to enable the Commission to avoid the intake of matters not within its jurisdiction.

ROUTINE USE PURPOSES: Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over potential charges, complaints or allegations of employment discrimination and to provide such pre-charge filing counseling as is appropriate. Information provided on this form may be disclosed to other state, local and federal agencies as may be appropriate or necessary to carry out the Commission's functions. This would include employment practices laws. Information may also be disclosed to Charging Parties in consideration of or connection with litigation.

WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION: The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information.

# Keep a copy of your completed questionnaire
## and other documents that you send

# EXHIBIT I

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 160-2005-02018 |

**New York State Division Of Human Rights** and EEOC

_State or local Agency, if any_

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| **Ms. Denise  Jackson** | **(718) 564-9953** | **06-01-1955** |

Street Address                     City, State and ZIP Code

**9  28 3rd Avenue #203 Brooklyn, NY 11209**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **PAUL ROBESON HIGH SCHOOL** | **101 - 200** | |

Street Address                     City, State and ZIP Code

**150 Albany Avenue,  Brooklyn, NY 11213**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address                     City, State and ZIP Code

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

| ☒ RACE | ☐ COLOR | ☐ SEX | ☒ RELIGION | ☐ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☐ RETALIATION | ☒ AGE | ☐ DISABILITY | ☐ OTHER (Specify below.) | |

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **10-01-2004** | **05-02-2005** |
| ☒ CONTINUING ACTION | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**1. Starting in October 2004 and continuing to date, I have been subjected to different terms and conditions of employment in regards to time and attendance, bathroom breaks, assignments, and assistance. Barbara Gatti, the Assistant Principal of English is constantly stalking me and harassing me in regards to my lesson plans, bathroom breaks and teaching ability.**

**2. In November 2004, I protested the treatment I was receiving and Mr. Weston handed me a religious prayer and stated: "to whom much is given, much is required."**

**3. Respondent has continued to interfere with my classroom instructions, constantly criticizing but not providing any useful help.**

**4. I believe I have been a victim of unlawful employment discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended and the Age Discrimination in Employment Act of 1967, as amended, and all applicable state statutes, in that because of my race/color, Black, and my age, 49, I have been subjected to harassment and intimidation by Respondent who is trying to force my resignation and/or termination so that they can hire Ms. Gatti's friend.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 5/04/05      _Denise P. Jackson_    Date                    Charging Party Signature | _Denise P. Jackson_ SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)  5/4/05   _Michael Gurkin_ |

# EXHIBIT J

Case 1:06-cv-06173-ENV-LB Document 1 Filed 11/20/06 Page 59 of 90 PageID #: 176

# SECTION 1 - REPORT BY PRINCIPAL OR OTHER APPROPRIATE SUPERVISOR:

| COMMENTS (as checked. "NA" indicates "Not Applicable.") | SATIS-FACTORY | UNSATIS-FACTORY | ADDITIONAL COMMENTS |
|---|---|---|---|
| **A. PERSONAL AND PROFESSIONAL QUALITIES** | | | |
| 1. Attendance and punctuality | | ✓ | |
| 2. Personal appearance | ✓ | | |
| 3. Voice, speech and use of English | ✓ | | |
| 4. Professional attitude and professional growth | | ✓ | |
| 5. Resourcefulness and initiative | | ✓ | |
| **B. PUPIL GUIDANCE AND INSTRUCTION** | | | |
| 1. Effect on character and personality growth of pupils | | ✓ | |
| 2. Control of class | ✓ | | |
| 3. Maintenance of wholesome classroom atmosphere | | ✓ | |
| 4. Planning and preparation of work | | ✓ | |
| 5. Skill in adapting instruction to individual needs and capacities | | ✓ | |
| 6. Effective use of appropriate methods and techniques | | ✓ | |
| 7. Skill in making class lessons interesting to pupils | | | |
| 8. Extent of pupil participation in the class and school program | | | |
| 9. Evidence of pupil growth in knowledge, skills, appreciations and attitude | | ✓ | |
| 10. Attention to pupil health, safety and general welfare | | ✓ | |
| **C. CLASSROOM OR SHOP MANAGEMENT** | | | |
| 1. Attention to physical conditions | ✓ | | |
| 2. Housekeeping and appearance of room | ✓ | | |
| 3. Care of equipment by teacher and children | ✓ | | |
| 4. Attention to records and reports | | ✓ | |
| 5. Attention to routine matters | | ✓ | |
| **D. PARTICIPATION IN SCHOOL AND COMMUNITY ACTIVITIES** | | | |
| 1. Maintenance of good relations with other teachers and with supervisors | | ✓ | |
| 2. Effort to establish and maintain good relationships with parents | | ✓ | |
| 3. Willingness to accept special assignments in connection with the school program | ✓ | | |

**E. ADDITIONAL REMARKS** (additional sheets, signed and acknowledged may be attached):

| | | | |
|---|---|---|---|
| 12/22/04 | 2/18/05 | 6/2/05 | 5/27/05 |
| B. Gatti | B. Gatti | I. Weston | B. Gatti |
| AP/Eng | AP/Eng. | Principal | AP/Eng |

# SECTION 2 - PERFORMANCE EVALUATION

| OVERALL EVALUATION S, U, or D (D for first year probation only) | SIGNATURE OF PRINCIPAL (If other - give title) | ACKNOWLEDGMENT BY EMPLOYEE I have received this report on: |
|---|---|---|
| **U** | | |
| For the period: From 9/7/04 to 6/28/05 | 6/13/05 DATE | 6/15/05 DATE — SIGNATURE OF EMPLOYEE |

*(Complete Reverse Side for Probationary Personnel Only)*

# SECTION 3. - TO BE COMPLETED ONLY FOR PROBATIONARY PERSONNEL

**A.** RECOMMENDATION BY PRINCIPAL OR OTHER APPROPRIATE SUPERVISOR. To be completed and forwarded to the Community Superintendent or, for City District employees, to the responsible Superintendent.

1. ☐ I recommend approval for continued probationary service.

   ☐ I recommend certification of completion of probation.

2. ☒ I recommend discontinuance of probationary service.

   ☐ I recommend denial of certification of completion of probation.

SIGNATURE OF PRINCIPAL (if other, give title)

DATE  6/13/05

**B.** SUPERINTENDENT'S RECOMMENDATION: To be completed by Community or responsible Superintendent and returned to originating unit for employee's acknowledgement.

I recommend _discontinuance of probationary service_

Date 6/14/05    Signature of Superintendent
(if other, give title)

**C.** ACKNOWLEDGEMENT BY PROBATIONARY EMPLOYEE

I have received this report on: _however, this is totally unfair because of their_
_for their keeping standards and their need for a positive_

Date: 6/15/05    Signature of Employee _Denise S. Gelt_

# SECTION 4. - DOCUMENTATION

All recommendations for discontinuance or denial of certification must be accompanied by copies of substantiating documentation attached hereto, including, but not limited to, observation reports, letters, time cards or time sheets, or other relevant material.

| Item No. | Date | Description or Identification | Key |
|---|---|---|---|
| 1 | 04/06/05 | Letter from Ms. Gatti-AP, English | A-4,5; B-4; C--,5; D- |
| 2 | 05/27/05 | Observation from Superintendent's Designee | A-4,5; B-1,3,4,9,10 |
| 3 | 05/26/05 | Observation from Ms. Gatti, AP-English | B-1,3,4,5,6,9,10 |
| | | | C-4,5 & D-1,2 |
| 4 | 05/17/05 | Observation from Ira C. Weston, Principal | B-1,3,4,5,6,9,10 |
| | | | C-4,5 & D-1,2 |
| 5 | 10/28/04 | Observation from Ms. Gatti, AP-English | B-1,3,4,5,6,9,10 |
| | | | C-4,5 & D-1,2 |
| 6 | 02/18/05 | Observation form Ira C. Weston, Principal | B-1,3,4,5,6,9,10 |
| | | | C-4,5 & D-1,2 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: If space is insufficient to list all documentation, listing on additional sheets may be attached. If there are such continuation sheets, check here ☐.   Number of additional sheets: _____

## RULES AND INSTRUCTIONS

1. For "Satisfactory" evaluations, prepare two copies: Copy 1 for the employee, copy 2 for the school file.

2. For adverse evaluations (U or D), prepare four copies for distribution as follows: Copy 1 for employee, copy 2 to the school

# EXHIBIT K

9728 3RD AVE, #203
BROOKLYN, N.Y. 11209

Date: 6/23/05

Virginia Caputo
Office of Appeals & Review
7th Floor
Department of Education
65 Court Street
Brooklyn, New York 11201

Dear Ms. Caputo:

I hereby request an appeal for the following reason(s):  Check appropriate
category(ies).

☐ "U" Rating
☐ C-31
☐ C-31 and "U" Rating
☑ C-31 and Discontinuance/Denial of Completion of Probation

Thank you.

Very truly yours,

Name DENISE JACKSON
File # 815661
EIS# 081566/
School/District: PAUL ROBESON H.S./73/R.6
Principal: IRA WESTON
For School Year Ending: JUNE, 2005
Home Phone: 718-564-9483

If/
c    Robert Astrowsky,
     Brooklyn Borough Representative

# EXHIBIT L

June 30, 2005

In order to teach in summer school, one must have S ratings for the past three years.

With a discontinuance, a teacher cannot teach in that license in that district.  However, if the teacher is put on the ineligible list, the teacher cannot teach anywhere in New York City.

Tony Sellafini

| | |
|---|---|
| **From:** | Sandorfy Charles [CSandor@nycboe.net] |
| **Sent:** | Friday, July 01, 2005 3:13 PM |
| **To:** | Jackson, Rubin |
| **Subject:** | summer school |

please be advised that the summer position for Denise Jackson( file# 815661) is hereby
rescinded due to a  "u" rating

1

# EXHIBIT 



**THE NEW YORK CITY DEPARTMENT OF EDUCATION**

**JOEL I. KLEIN,** *Chancellor*

| | |
|---|---|
| *Gloria Buckery, Regional Instructional Superintendent* | *Dr. Jacqueline Peek-Davis, Superintendent* |
| *Josephine Urso, Regional Instructional Deputy Superintendent* | *Community School District 17/LIS* |
| *Region Six Learning Support Center* | *1224 Park Place Room 246* |
| *5619 Flatlands Avenue, Brooklyn, NY 11234* | *Brooklyn, New York, 11213* |
| *Telephone: (718) 968-6100     Fax: (718) 968-6256* | *Tel(718)221-4372 Fax: (718)221-4326* |
| | Email: jpeekda@nycboe.net |

July 28, 2005

Ms. Denise Jackson
9728 Third Avenue
Brooklyn, New York   11209

Dear Ms. Jackson,

This is to inform you that on August 29, 2005 I will review and consider whether your services as a probationer be discontinued as of the close of business August 29, 2005.

My consideration of your discontinuance is based on the reasons included in the documentation you received with your rating sheet. Therefore, your rating sheet and any accompanying documentation constitute a written statement of the reasons for my consideration of your discontinuance. You may submit a written response to the reasons no later than seven (7) days prior to the date of my consideration and final determination of your discontinuance.

Very truly yours,

Dr. Jacqueline Peek-Davis
Community Superintendent District 17

C:  Mr. Ira Weston, Principal, Paul Robeson High School
    Gloria Buckery, Regional Superintendent, Region 6
    Angela Santoro, Director of Personnel, Region 6 & 7
    Dr. Elizabeth Arons, Chief Executive, Division of Human Resources
    Lawrence E. Becker, Deputy Executive Director, Division of Human Resources
    Virginia Caputo, Director, Office of Appeals and Review
    Michelle Nacht, Region 6, Special Assistant

# EXHIBIT N



ED 980553685 US

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE®

Customer Copy

Post Office To Addressee

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT

WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.

NO DELIVERY
Weekend    Holiday

Mailer Signature

FROM: (PLEASE PRINT)    PHONE (   )

TO: (PLEASE PRINT)    PHONE (   )

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit: **www.usps.com**
Call 1-800-222-1811

# EXHIBIT O



**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

CALL 1-800-222-1811 FOR PICKUP OR TRACK

www.usps.com

PRESS HARD. YOU ARE MAKING 3 COPIES.

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811

ORIGIN (POSTAL SERVICE USE ONLY)

EP980553685US

Addressee Copy
Label 11-B, March 2004

**Post Office To Addressee**

CUSTOMER USE ONLY

TO: (PLEASE PRINT)

FROM: (PLEASE PRINT)

U.S. POSTAGE
BROOKLYN, NY 11214
AUG 18 '05
$13.65
0009816+13

EXPRESS MAIL
POSTAGE REQUIR
DOMESTIC USE O

Closed & unclaimed

Case 1:06-cv-06173-ENV-LB    Document 1    Filed 11/20/06    Page 72 of 90 PageID #: 189



**UNITED STATES POSTAL SERVICE**

| Track/Confirm - Intranet Item Inquiry - Domestic |
| --- |

Item: ED98 0553 685U S          Date/Time Mailed: 08/18/2005 14:00

| Destination | ZIP Code: 11213 | City: BROOKLYN | State: NY |
| --- | --- | --- | --- |
| Origin | ZIP Code: 11214-3804 | City: BROOKLYN | State: NY |

**Class:** Express Mail - PO to Addressee

**Scheduled Delivery Date:** 08/19/2005 12:00

**Weight: lb: oz:** 3          **Postage:** $13.65

**Delv Rqmt:** Normal          **Po Box?:** N

| Event | Date | Time | Location | Scanner ID |
| --- | --- | --- | --- | --- |
| UNCLAIMED | 08/24/2005 | 11:14 | BROOKLYN NY 11213 | M1H35E60H |
|  | Request Delivery Record |  |  |  |
| NOTICE LEFT | 08/19/2005 | 11:50 | BROOKLYN NY 11213 | M1H35E60H |
| ARRIVAL AT UNIT | 08/19/2005 | 06:31 | BROOKLYN NY 11213 | M1H35E60H |
| ENROUTE | 08/18/2005 | 23:02 | BROOKLYN NY 11256 | 00A96Y20B |
| ACCEPT OR PICKUP | 08/18/2005 | 14:00 | BROOKLYN NY 11214 |  |



Enter Request Type and Item Number:

Quick Search ⦿      Extensive Search ◌

| Explanation of Quick and Extensive Searches |
| --- |

Item Number:
[ Submit ]

**Inquire on multiple items.**

**Go to the Product Tracking System Home Page.**

# EXHIBIT P



**THE NEW YORK CITY DEPARTMENT OF EDUCATION**

**JOEL I. KLEIN**, *Chancellor*

| | |
|---|---|
| *Gloria Buckery, Regional Instructional Superintendent* | *Josephine Urso, Regional Instructional Deputy Superintendent* |
| *Region Six Learning Support Center, 5619 Flatlands Avenue, Brooklyn, NY 11234* | *Telephone: (718) 968-6100      Fax: (718) 968-6256* |
| | |
| *Community School District Superintendents* | *Ainslie Cumberbatch, Local Instructional Superintendent* |
| *Dr. Jacqueline Peek-Davis, CSD 17, Local Instructional Superintendent* | *Marianne Ferrara, Local Instructional Superintendent* |
| *Felicita Santiago, CSD 18, Local Instructional Superintendent* | *Irene Fortunato, Local Instructional Superintendent* |
| *Robert N. Sheedy, CSD 22, Local Instructional Superintendent* | *Robert Galli, Local Instructional Superintendent* |
| | *Wendy Karp, Local Instructional Superintendent* |
| | *Ann Organisciak, Local Instructional Superintendent* |
| | *Marlene Roy, Local Instructional Superintendent* |

August 29, 2005

Ms. Denise P. Jackson
9728 Third Avenue  #203
Brooklyn, New York   11209

Social Security #: 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
File#:  815661

Dear Ms. Denise Jackson:

This is to inform you that after reviewing all appropriate documentation and your written response
dated August 15, 2005, I reaffirm your Discontinuance of Probationary Service and Termination
effective close of business August 29, 2005.  In accordance with Regulation of the Chancellor C-
31 and under the Collective Bargaining Agreement, you have the right to appeal this decision to
the Office of Appeals and Reviews within 15 school days of the date of this letter.  In addition,
please be advised that your Social Security number will be placed on the Inquiry List.

Very truly yours,

Dr. Jacqueline Peek-Davis
Community Superintendent District 17

c:  Ira Weston, Principal, Paul Robeson HS
    Gloria Buckery, Regional Superintendent, Region 6
    Dr. Elizabeth Arons, Chief Executive, Division of Human Resources
    Theresa Europe, Deputy Counsel to the Chancellor
    Lawrence E. Becker, Deputy Executive Director, Division of Human Resources
    Virginia Caputo, Director, Office of Appeals and Reviews
    Yvonne Kong, Director, Pedagogical Payroll
    Nelson Serrano, Executive Director, Teacher's Retirement System
    Genevieve Aloia, Teacher Record
    Angela Santoro, Director, Personnel, Regions 6/7
    Michelle Nacht, Region 6 Special Assistant

# EXHIBIT Q

 **cingular** WIRELESS

## Call Detail (Continued)

**User Name: DENISE P JACKSON**

**718-564-9953**

Rate Code: NPA4~NATP2000RUMMUNW
Rate Period (Pd.): P=Peak; N=Nights; W=Weekends
Call To: ** = International Call Terminated To Mobile
Feature: 1=PTT One-to-One event; a=Automated Call Return; A=Alternate Line; B=Direct Asst Call Complete; C=Call Waiting;
d=Directory Assistance Call; D=Data Call; E=Extended Local Area; F=Call Forwarding; g=PTT Group event; Q=2-N-1 Call;
H=Group Mobile to Mobile Calls; I=Incoming Call; K=Fax Call; M=Mobile to Mobile; O=Auto Dropped Call Credit;
P=Priority Access Service; Q=V-VPN; R=Convert to Home; S=Shared Minutes; T=Three Way Calling; v=Voice Activated Dialing;
W=Weekends; X=Fax Mailbox; Y=Rapid Reply

| Item | Day | Date | Time | CL | Number Called | Call To | Min | Rate Code | Rate Pd | Fea-ture | Airtime Charge | LD DA | Total Charge |
|------|-----|------|------|----|--------------|---------|-----|-----------|---------|----------|---------------|-------|--------------|
| 451 | | 10/22 | 10:42AM | | 504-813-1658 | INCOMI CL | 3 | NPA4 | W | IRW | | | 0.00 |
| 452 | | 10/22 | 10:46AM | | 614-476-6082 | GAHANN OH | 2 | NPA4 | W | RW | | | 0.00 |
| 453 | | 10/22 | 11:12AM | | 504-813-1658 | KENNER LA | 1 | NPA4 | W | RW | | | 0.00 |
| 454 | | 10/22 | 11:14AM | | 908-463-0020 | LINDEN NJ | 1 | NPA4 | W | RW | | | 0.00 |
| 455 | | 10/22 | 11:18AM | | 504-235-9070 | INCOMI CL | 1 | NPA4 | W | IRW | | | 0.00 |
| 456 | | 10/22 | 11:59AM | | 818-415-6834 | INCOMI CL | 1 | NPA4 | W | IRW | | | 0.00 |
| 457 | | 10/22 | 12:16PM | | 818-415-6834 | BURBAN CA | 3 | NPA4 | W | RW | | | 0.00 |
| 458 | | 10/22 | 12:19PM | | 661-877-1613 | SANCLA CA | 1 | NPA4 | W | RW | | | 0.00 |
| 459 | | 10/22 | 12:32PM | | 661-877-1613 | INCOMI CL | 1 | NPA4 | W | IRW | | | 0.00 |
| 460 | | 10/22 | 12:44PM | | 661-877-1613 | SANCLA CA | 3 | NPA4 | W | RW | | | 0.00 |
| 461 | | 10/22 | 12:45PM | | 661-877-1613 | INCOMI CL | 6 | NPA4 | W | IRW | | | 0.00 |
| 462 | | 10/22 | 12:50PM | | 818-415-6834 | BURBAN CA | 5 | NPA4 | W | RW | | | 0.00 |
| 463 | | 10/22 | 01:03PM | | 504-235-9070 | INCOMI CL | 2 | NPA4 | W | IRW | | | 0.00 |
| 464 | | 10/22 | 01:34PM | | 504-235-9070 | NEWORL LA | 2 | NPA4 | W | RW | | | 0.00 |
| 465 | | 10/22 | 01:43PM | | 504-235-9070 | NEWORL LA | 1 | NPA4 | W | IRW | | | 0.00 |
| 466 | | 10/22 | 01:45PM | | 504-235-9070 | NEWORL LA | 1 | NPA4 | W | RW | | | 0.00 |
| 467 | | 10/22 | 02:08PM | | 213-926-1519 | INCOMI CL | 1 | NPA4 | W | IRW | | | 0.00 |
| 468 | | 10/22 | 02:09PM | | 213-926-1519 | LOSANG CA | 1 | NPA4 | W | RW | | | 0.00 |
| 469 | | 10/22 | 02:13PM | | 504-235-9070 | NEWORL LA | 1 | NPA4 | W | RW | | | 0.00 |
| 470 | | 10/22 | 02:20PM | | 504-235-9070 | INCOMI CL | 1 | NPA4 | W | IRW | | | 0.00 |
| 471 | | 10/22 | 03:28PM | | 310-568-1478 | INGLEW CA | 1 | NPA4 | W | RW | | | 0.00 |
| 472 | | 10/22 | 03:29PM | | 310-568-1478 | INGLEW CA | 1 | NPA4 | W | RW | | | 0.00 |
| 473 | | 10/22 | 03:31PM | | 504-235-9070 | INCOMI CL | 1 | NPA4 | W | IRW | | | 0.00 |
| 474 | | 10/22 | 03:37PM | | 504-235-9070 | INCOMI CL | 1 | NPA4 | W | IRW | | | 0.00 |
| 475 | | 10/22 | 06:54PM | | 908-463-0020 | LINDEN NJ | 1 | NPA4 | W | RW | | | 0.00 |
| 476 | | 10/22 | 07:12PM | | 908-463-0020 | LINDEN NJ | 1 | NPA4 | W | RW | | | 0.00 |
| 477 | | 10/22 | 07:13PM | | 504-235-9070 | NEWORL LA | 2 | NPA4 | W | RW | | | 0.00 |
| 478 | | 10/22 | 09:23PM | | 718-370-9423 | INCOMI CL | 30 | NPA4 | W | IRW | | | 0.00 |
| 479 | | 10/22 | 11:37PM | | 800-621-3362 | 800 To CL | 6 | NPA4 | W | RW | | | 0.00 |
| 480 | | 10/22 | 11:45PM | | 800-398-7829 | 800 To CL | 5 | NPA4 | W | RW | | | 0.00 |
| 481 | | 10/22 | 11:58PM | | 212-693-4900 | NEW YO NY | 1 | NPA4 | W | RW | | | 0.00 |
| 482 | Sun | 10/23 | 12:20AM | | 310-671-7213 | INGLEW CA | 2 | NPA4 | W | RW | | | 0.00 |
| 483 | | 10/23 | 12:21AM | | 800-424-6423 | 800 To CL | 1 | NPA4 | W | RW | | | 0.00 |
| 484 | | 10/23 | 12:25AM | | 718-368-3334 | BKLYN NY | 3 | NPA4 | W | RW | | | 0.00 |
| 485 | | 10/23 | 12:29AM | | 800-333-3333 | 800 To CL | 1 | NPA4 | W | RW | | | 0.00 |
| 486 | | 10/23 | 12:34AM | | 800-627-7468 | 800 To CL | 21 | NPA4 | W | RW | | | 0.00 |
| 487 | | 10/23 | 09:59AM | | 800-333-3333 | 800 To CL | 3 | NPA4 | W | RW | | | 0.00 |
| 488 | | 10/23 | 10:03AM | | 212-755-4400 | NEW YO NY | 1 | NPA4 | W | RW | | | 0.00 |
| 489 | | 10/23 | 10:27AM | | 866-438-4636 | 866 To CL | 4 | NPA4 | W | RW | | | 0.00 |
| 490 | | 10/23 | 10:30AM | | 212-755-4400 | NEW YO NY | 4 | NPA4 | W | RW | | | 0.00 |
| 491 | | 10/23 | 10:34AM | | 718-322-2300 | QUEENS NY | 1 | NPA4 | W | RW | | | 0.00 |
| 492 | | 10/23 | 10:35AM | | 718-322-2300 | QUEENS NY | 1 | NPA4 | W | RW | | | 0.00 |
| 493 | | 10/23 | 10:36AM | | 718-322-2300 | QUEENS NY | 10 | NPA4 | W | RW | | | 0.00 |
| 494 | | 10/23 | 10:46AM | | 212-875-2210 | NEW YO NY | 2 | NPA4 | W | RW | | | 0.00 |
| 495 | | 10/23 | 11:51AM | | 917-697-4937 | INCOMI CL | 5 | NPA4 | W | IRW | | | 0.00 |
| 496 | | 10/23 | 01:07PM | | 213-687-0261 | LOSANG CA | 6 | NPA4 | W | RW | | | 0.00 |

UFT Officer

Toni Scaglani 9176974937

# EXHIBIT R



# THE NEW YORK CITY DEPARTMENT OF EDUCATION

JOEL I. KLEIN, *Chancellor*

OFFICE OF APPEALS AND REVIEWS
65 Court Street – Room 717
Brooklyn, NY 11201

## NOTICE TO APPELLANT

DATE: January 12, 2006

APPELLANT: Denise Jackson

ADDRESS: 9728 Third Avenue
Brooklyn, NY 11209

RATING TYPE: Discontinuance-August 29, 2005

FILE #:815661

SCHOOL: Paul Robeson HS

REGION: 6

ADVISOR: UFT Brooklyn

In accordance with the provisions of Section 4.3.2 of the Bylaws of the New York City Depa
of Education, a review of the above by the Chancellor's Chairperson is scheduled as follows:

DATE:     February 3, 2006

TIME:   9:00 A.M.

PLACE:    65 Court Street, Room 717, Brooklyn, New York 11201

TEL #     (718) 935-2991

The following persons are required to attend:

| Name: | Title |
|---|---|
| Ira Weston | Principal – Robeson HS |
| Barbara Gatti | AP- Robeson HS |
| Haydiya J. Daniel-Wilkins | RIS |
| Frank Capaldo | Superintendent's Rep |

**The School Administrators, listed above, are advised that they may exercise
discretion to attend the conference in person or to participate by telephone. (
notify this office in advance of the conference if you choose to attend.) Shoul
choose the latter, you must be available to testify via speakerphone at the
following time:     9:30 a.m.    In the event you are unavailable to testify at th
appointed time, this office must be notified as soon as possible. The
Chairperson for the hearing can be reached at (718) 935-2991.**

In the event the Appellant plans to call witnesses, this office must be notified by the union
representative in writing prior to the hearing.

It is the intention of the Chancellor to hold these hearings as expeditiously as possible. T
please be advised that **THE SCHEDULING OF THIS CONFERENCE IS NOT SUBJECT TO CHANG
ABSENT EXTREME CIRCUMSTANCES**. The Appellant should contact the union representativ
any questions regarding this case.

Virginia Caputo,
Director
Office of Appeals and Reviews

# EXHIBIT S

# THE NEW YORK CITY DEPARTMENT OF EDUCATION

JOEL KLEIN, *Chancellor*

DIVISION OF HUMAN RESOURCES
CENTER FOR RECRUITMENT AND PROFESSIONAL DEVELOPMENT
65 Court Street - Brooklyn, NY 11201   .

February 6, 2006

SS#      433082238
File      0815661
Position  :TEACHER
District   73
School    PAUL ROBESON HS

Ms. DENISE JACKSON
9728 3RD AVENUE  203
BROOKLYN , NY 11209

Dear Ms. JACKSON

Please be advised that as of  2/6/2006   you have been placed on The New York City Department of Education's Ineligible/Inquiry List. This directive has been placed at the request of the department named below:

### DISCONTINUANCE OF PROBATION-TERMINATED

Should you have any questions please contact the department named above   and/or contact your union representative.

It is the responsibility of the district to take appropriate personnel action if you are a regular employee of the New York City Board of Education.  If you are not an employee of the New York City Board of Education, it is the responsibility of your direct employer to take appropriate action.

Sincerely,

*Lawrence Becker*

Lawrence Becker
Senior Deputy Executive Director, Division of Human Resources.

c:

Kathleen Powers
Special Commissioner of Investigation
Office of Special Investigations

Monitoring Unit – 65 Court Street – Brooklyn,  NY 11201 (718) 935-5260 Fax (718) 935-2035

# EXHIBIT I

9728 Third Avenue
Brooklyn, NY 11209
February 28, 2006

Virginia Caputo
Office of Appeals & Reviews
7th Floor
Department of Education
65 Court Street
Brooklyn, NY  11201

Dear Ms. Caputo:

I hereby request an appeal for the following reasons(s): Check appropriate
category(ies).

| | |
|---|---|
| ☐ | "U" Rating |
| X | C-31 |
| ☐ | C-31 and "U" Rating |
| ☐ | C-31 and Discontinuance/Denial of Completion of Probation |

Thank you.

Very truly yours,

Denise Jackson

Name:   Denise Jackson
File #:   815661
School/District: Paul Robeson H.S./D.73
Principal:  Ira Weston
For School Year Ending:  June 28, 2006
Home Phone:  718-564-9953

ad/
Opeiu:153
c:      Robert Astrowsky
        Brooklyn Borough Representative

K625   27921

MAR 07 2006

# EXHIBIT U

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 523-2006-00305 |

## New York State Division Of Human Rights
### State or local Agency, if any
and EEOC

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Denise Jackson** | **(718) 564-9953** | **06-01-1955** |

| Street Address | City, State and ZIP Code |
|---|---|
| **9728 3rd Avenue, #203, Brooklyn, NY 11209** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **NY CITY DEPT OF ED/ROBESON HIGH SCHOOL** | **15 - 100** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **52 Chambers Street, Room 308, New York, NY 10007** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

| ☒ RACE | ☐ COLOR | ☐ SEX | ☒ RELIGION | ☐ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☒ RETALIATION | ☒ AGE | ☐ DISABILITY | ☐ OTHER *(Specify below.)* | |

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **02-06-2006**  Latest **02-06-2006**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On or about February 6, 2006, I was discharged. The school is also attempting to make me lose my teaching license.

I believe I was discriminated against for filing a pervious charge of discrimination, in violation of Title VII of the Civil Rights Act of 1964, and because of my age, in violation of the Age Discrimination in Employment Act of 1967, as amended, and all applicable state laws.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY -- When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 3/28/2006  *Date*   *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (5/01)

# EXHIBIT V

# THE NEW YORK CITY DEPARTMENT OF EDUCATION

JOEL I. KLEIN, *Chancellor*

OFFICE OF APPEALS AND REVIEWS
65 Court Street – Room 717
Brooklyn, NY 11201

## NOTICE TO APPELLANT

**DATE:** April 6, 2006

**APPELLANT:** Denise Jackson
**ADDRESS:** 9728 Third Avenue, #203
Brooklyn, New York 11209

**FILE #:** 815661/ (992038)
**SCHOOL:** Paul Robeson HS
**REGION:** 6

**RATING TYPE: C-31/DISCONTINUANCE – AUG. 30, 2005**   **ADVISOR:** UFT Brooklyn

In accordance with the provisions of Section 4.3.2 of the Bylaws of the New York City Department of Education, a review of the above by the Chancellor's Chairperson is scheduled as follows:

**DATE:** May 5, 2006

**TIME:** 1:00 P.M.

**PLACE:** 65 Court Street, Room 717, Brooklyn, New York 11201

**TEL #** (718) 935-2991

The following persons are required to attend:

| Name: | Title |
|---|---|
| Ira Weston | Principal – Paul Robeson HS |
| Barbara Gatti | Assistant Principal – Paul Robeson HS |
| Hadiya Daniel-Wilkins | RIS – Region 6 |
| Geraldine Schowerer | Superintendent's Representative |

**The School Administrators, listed above, are advised that they may exercise discretion to attend the conference in person or to participate by telephone. (Please notify this office in advance of the conference if you choose to attend.) Should you choose the latter, you must be available to testify via speakerphone at the following time:  1:00 p.m.  In the event you are unavailable to testify at the appointed time, this office must be notified as soon as possible. The Chairperson for the hearing can be reached at (718) 935-2991.**

In the event the Appellant plans to call witnesses, this office must be notified by the union representative in writing prior to the hearing.

It is the intention of the Chancellor to hold these hearings as expeditiously as possible. Therefore, please be advised that THE SCHEDULING OF THIS CONFERENCE IS NOT SUBJECT TO CHANGE ABSENT EXTREME CIRCUMSTANCES. The Appellant should contact the union representative with any questions regarding this case.

*Virginia Caputo*

Virginia Caputo,
Director
Office of Appeals and Reviews

I 0/03dt

# EXHIBIT 

# THE NEW YORK CITY DEPARTMENT OF EDUCATION

**JOEL I. KLEIN,** *Chancellor*

OFFICE OF APPEALS AND REVIEWS
65 Court Street – Room 717
Brooklyn, NY 11201

## NOTICE TO APPELLANT
## <u>RESCHEDULED</u>

DATE:  April 19, 2006

APPELLANT:  Denise Jackson

ADDRESS:  9728 Third Avenue, #203
Brooklyn, New York 11209

FILE #:  815661/ (992038)

SCHOOL:  Paul Robeson HS

REGION: 6

RATING TYPE: C-31/DISCONTINUANCE -- AUG. 30, 2005

ADVISOR:  UFT Brooklyn

In accordance with the provisions of Section 4.3.2 of the Bylaws of the New York City Department of Education, a review of the above by the Chancellor's Chairperson is scheduled as follows:

DATE:      May 19, 2006                    TIME:   1:00 P.M.

PLACE:    65 Court Street, Room 717, Brooklyn, New York 11201

TEL #       (718) 935-2991

The following persons are required to attend:

| Name: | Title |
|---|---|
| Ira Weston | Principal – Paul Robeson HS |
| Barbara Gatti | Assistant Principal – Paul Robeson HS |
| Hadiya Daniel-Wilkins | RIS – Region 6 |
| Geraldine Schowerer | Superintendent's Representative |

**The School Administrators, listed above, are advised that they may exercise discretion to attend the conference in person or to participate by telephone. (Please notify this office in advance of the conference if you choose to attend.) Should  you choose the latter, you must be available to testify via speakerphone at the following time:      1:00 p.m.    In the event you are unavailable to testify at the appointed time, this office must be notified as soon as possible. The Chairperson for the hearing can be reached at (718) 935-2991.**

In the event the Appellant plans to call witnesses, this office must be notified by the union representative in writing prior to the hearing.

It is the intention of the Chancellor to hold these hearings as expeditiously as possible. Therefore, please be advised that <u>THE SCHEDULING OF THIS CONFERENCE IS NOT SUBJECT TO CHANGE ABSENT EXTREME CIRCUMSTANCES</u>. The Appellant should contact the union representative with any questions regarding this case.

*Virginia Caputo*

Virginia Caputo,
Director
Office of Appeals and Reviews

I 0/03dt

# EXHIBIT X

# THE NEW YORK CITY DEPARTMENT OF EDUCATION

JOEL I. KLEIN, *Chancellor*

OFFICE OF APPEALS AND REVIEWS
65 Court Street – Room 717
Brooklyn, NY 11201

## NOTICE TO APPELLANT
## RESCHEDULED

**DATE: April 19, 2006**

APPELLANT:  Denise Jackson

ADDRESS:    9728 Third Avenue, #203
            Brooklyn, New York 11209

RATING TYPE: C-31/DISCONTINUANCE – AUG. 30, 2005

FILE #: 815661/ (992038)

SCHOOL: Paul Robeson HS

REGION: 6

ADVISOR: UFT Brooklyn

In accordance with the provisions of Section 4.3.2 of the Bylaws of the New York City Department of Education, a review of the above by the Chancellor's Chairperson is scheduled as follows:

DATE:    May 19, 2006                          TIME:  1:00 P.M.

PLACE:   65 Court Street, Room 717, Brooklyn, New York 11201

TEL #    (718) 935-2991

The following persons are required to attend:

| Name: | Title: |
| --- | --- |
| Ira Weston | Principal – Paul Robeson HS |
| Barbara Gatti | Assistant Principal – Paul Robeson HS |
| Hadiya Daniel-Wilkins | RIS – Region 6 |
| Geraldine Schowerer | Superintendent's Representative |

**The School Administrators, listed above, are advised that they may exercise discretion to attend the conference in person or to participate by telephone. (Please notify this office in advance of the conference if you choose to attend.) Should you choose the latter, you must be available to testify via speakerphone at the following time:    1:00 p.m.    In the event you are unavailable to testify at the appointed time, this office must be notified as soon as possible. The Chairperson for the hearing can be reached at (718) 935-2991.**

In the event the Appellant plans to call witnesses, this office must be notified by the union representative in writing prior to the hearing.

It is the intention of the Chancellor to hold these hearings as expeditiously as possible. Therefore, please be advised that **THE SCHEDULING OF THIS CONFERENCE IS NOT SUBJECT TO CHANGE ABSENT EXTREME CIRCUMSTANCES**. The Appellant should contact the union representative with any questions regarding this case.

*Virginia Caputo*

**Virginia Caputo,**
**Director**
**Office of Appeals and Reviews**

I 0/03dt