Original

FILED
U.S. IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ FEB 27 2007 ★
BROOKLYN OFFICE

RECEIVED
FEB 27 2007
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

DENISE P. JACKSON

                Plaintiff           06 CV 06173 (ENV) (LV)

                                                      PLAINTIFF'S
                                                      AFFIRMATION
                                                      IN OPPOSITION TO
                                                      DEFENDANT'S MOTION
                                                      TO DISMISS THE
                                                      COMPLAINT

-against-

NEW YORK CITY DEPARTMENT
OF EDUCATION and UNITED FEDERATION
OF TEACHERS (NEW YORK)
                                Defendants.
-----------------------------------------------------------x

STATE OF NEW YORK
                      SS.
COUNTY OF KINGS

Denise P. Jackson affirms the following under penalty of perjury:

1.     I am the plaintiff in this action, and I respectfully submit this affirmation in opposition to the motion dated, February 7, 2007, made by the United Federation of Teachers (New York).

2.     I have personal knowledge of facts which bear on this motion.

3.     This motion should be denied because the Court does have subject matter jurisdiction as well as personal jurisdiction as Article III of the United States Constitution provides. Moreover, the inference to the United Federation of Teachers' (New York) complicity in this complaint was clarified and verified through exhibits and deposition (see complaint). Further, the United Federation of Teachers (New York) included and implicated itself when acting in lieu of the New York City Department of Education when it beguiled the court into believing that I give permission to over throw the Court's order made on December 5, 2006. This order extended the time for the New York City Department of Education to respond to the complaint from December 11, 2006, until January 23, 2007. Never did I agree to neither compound my task nor disrespect through usurpation, the

Court's order that was delivered on December 5, 2006. More to the point, the United Federation of Teachers (New York) solidifies its positions as an extension, legitimizor and instrument of the New York City Department of Education when it includes the aforementioned department as a recipient of court documents. It appears to both the naked and trained eye that the United Federation of Teachers (New York) is trying to have it both ways through its egregious usufruct.

4. When the United Federation of Teachers' (New York) suggests that I do not state a claim, it ignores some of the legal definitions of "claim": (1) a basis for demanding something; (2) a title or right. The complaint itself exemplifies one and/or both of the aforementioned definitions.

5. There is ample documentation and evidence that substantiates not only a violation of the duty of fair representation, which the United Federation of Teachers (New York) has clearly exhibited; it also exhibited legitimizing the unfair practices of an organization of which it is contracted to guard against as well as, duplicity and complicity with this same organization. Thus, time-barring is not a cogent statue to use as grounds for dismissal with this complaint.

In view of the foregoing, it is respectfully submitted that the motion should be denied.

I declare under penalty of perjury that the foregoing is true and correct.

February 26, 2007
Brooklyn, New York

Denise P. Jackson, Pro Se Plaintiff

Denise P. Jackson
9728 3rd Avenue, #203
Brooklyn, New York 11209

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

Denise P. Jackson

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION and UNITED FEDERATION
OF TEACHERS (NEW YORK)
                Defendants
------------------------------------------------------x

Affirmation of Service

06 CV 06173 (ENV) (LB)

     I, Denise P. Jackson, declare under penalty of perjury that I have served a copy of the attached affirmation in opposition to defendant's motion upon: Damon S. Levenstein, Esq. ,United Federation of Teachers (New York) whose address is 52 Broadway – 9th Floor, New York, NY 10004-1603.

Dated: February 26, 2007
Brooklyn , New York

*[signature]*
Denise P Jackson
9728 3rd Avenue, #203
Brooklyn, NY 11209
718+564-9953



| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | CAROLYN WALKER-DIALLO<br>Labor and Employment Law Division<br>Phone: (212) 788-0868<br>Fax: (212) 788-8877<br>E-mail: cwalker@law.nyc.gov |

December 5, 2006

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
Dated: DEC 5 2006

*Eric N. Vitaliano*
**Eric N. Vitaliano**
**United States District Judge**

**BY ECF**

Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Jackson v. New York City Department of Education
06 CV 06173 (ENV) (LB)

Dear Judge Vitaliano:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to defend the above referenced matter on behalf of the New York City Department of Education. I write to respectfully request that defendant's time to respond to the complaint be extended from December 11, 2006, until January 23, 2007. This is the defendant's first request for an extension of time.

I have discussed this extension with plaintiff *pro se* but she refuses to consent to the extension on the basis that she would prefer that the law suit move forward. While defendant's appreciate plaintiff's position, defendant's need the additional time to investigate the allegations set forth in the complaint, gather documents, and to prepare an appropriate response to the complaint.

I appreciate the Court's attention to this matter.

Respectfully submitted,

Carolyn Walker-Diallo (CW 9022)
Assistant Corporation Counsel

cc: Denise P. Jackson
Plaintiff *Pro Se*
9728 3rd Avenue, #203
Brooklyn, NY 11209
(By Mail)

**WHEREFORE**, defendant requests judgment dismissing the Complaint and denying all relief requested therein, and that the Court grant defendant costs, fees, and disbursements, together with such other and further relief as the Court deems just and proper.

Dated: New York, New York
February 7, 2007

        MICHAEL A. CARDOZO
        Corporation Counsel of the City of New York
        Attorney for Defendant, the New York City
        Department of Education
        100 Church Street, Room 2-138
        New York, New York 10007
        (212) 788-0868

By: _____
       Carolyn Walker-Diallo (CW 9022)
       Assistant Corporation Counsel

To: Denise P. Jackson
    Plaintiff *Pro* Se
    9728 3rd Avenue, #203
    Brooklyn, NY 11209

motion papers shall be filed until the motion has been fully 'briefed'" and that the undersigned attorney for the moving party shall be responsible for filing all original motion papers in defendant United Federation of Teachers' motion to dismiss with cover letter, and shall furnishing a full set of courtesy copies to chambers.

Dated: New York, New York
February 8, 2007

JAMES R. SANDNER
Attorney for Defendants
52 Broadway - 9th Floor
New York, NY 10004
(212) 533-6300

By: _____
DAMON S. LEVENSTIEN (DL 8110)
Of Counsel

To: Denise Jackson
*Pros Se Plaintiff*
9728 3rd Avenue, #203
Brooklyn, New York 11209

Carolyn Walker-Diallo, Esq.
New York City Law Department
Attorney for Defendant New York City
Department of Education
100 Church Street
New York, NY 10007



**nysut**
*A Union of Professionals*

**Office of General Counsel**
James R. Sandner
*General Counsel*

| Albany | New York |
|---|---|
| Janet Axelrod<br>*Associate General Counsel* | Claude I. Hersh<br>*Associate General Counsel* |
| Richard E. Casagrande<br>*Associate General Counsel* | Stuart I. Lipkind<br>*Associate General Counsel* |
| | Richard A. Shane<br>*Associate General Counsel* |

January 2, 2007

Honorable Vitaliano
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Honorable Bloom
United States District Court Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Jackson v. New York City Department of Education and United Federation of Teachers**
Docket No.: CV 06-6173 (ENV) (LB)
Our File No.: 59491-F150

Dear Judge Vitaliano and Judge Bloom:

This office represents defendant United Federation of Teachers ("UFT"), in the above-referenced civil action. Please find a courtesy copy of the proposed briefing schedules.

Very truly yours,

JAMES R. SANDNER

By: DAMON S. LEVENSTIEN
Associate Counsel

DSL/da
cc: Denise Jackson, pro se plaintiff

NYCLegal:104216



52 Broadway, 9th Floor ■ New York, N.Y. 10004 ■ (212) 533-6300
New York State United Teachers
Affiliated with • AFT • NEA • AFL-CIO



**nysut**
*A Union of Professionals*

Office of General Counsel
James R. Sandner
General Counsel

**Albany**

Janet Axelrod
Associate General Counsel

Richard E. Casagrande
Associate General Counsel

**New York**

Claude I. Hersh
Associate General Counsel

Stuart I. Lipkind
Associate General Counsel

Richard A. Shane
Associate General Counsel

January 2, 2007

**Original Filed by ECF**
Docket Number __12__

Honorable Vitaliano
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Jackson v. New York City Department of Education and United Federation of Teachers
Case No.: CV 06-6173 (ENV) (LB)
Our File No.: 59491-F150

Dear Judge Vitaliano:

This office represents defendant United Federation of Teachers ("UFT") in the above-referenced civil action. I am writing pursuant to Your Honor's Order, dated December 12, 2006, directing all parties to agree to a single briefing schedule to be So Ordered by the Court.

Having spoken with defendant New York City Department of Education's counsel, and with Plaintiff today, we agreed to the following proposed briefing schedule to be filed in accordance with Your Honor's Individual Motion Practice and Rules:

- Defendants are to serve their respective motions to dismiss, along with supporting papers, on or before February 9, 2007.

- Plaintiff is to serve opposition papers on or before March 9, 2007.

- Defendants are to serve reply papers, if any, on or before March 23, 2007.

Respectfully submitted,

JAMES R. SANDNER

By: DAMON S. LEVENSTIEN
Associate Counsel

SO ORDERED: _____
Honorable Eric N. Vitaliano, U.S.D.C.J.

cc: Denise Jackson, pro se plaintiff
DSL/da

NYCLegal:104201.1


52 Broadway, 9th Floor ■ New York, N.Y. 10004 ■ (212) 533-6300
New York State United Teachers
Affiliated with • AFT • NEA • AFL-CIO